**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

March 21, 2017

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

      Re:    Leticia Couttien
               Case No. 5:14-02262

Dear Clerk:

    We have been informed by our client, Leticia Couttien, that she has a new address, as follows:

        284 Saunders Drive
        Bushkill, PA 18324

    Please correct the docket and mailing matrix accordingly.  Thank you.

                      Very truly yours,

                      */s/ Vincent Rubino*

                      Vincent Rubino