In re:                                                              Case No. 14-02262-JJT
Leticia R. Couttien                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner          Page 1 of 2          Date Rcvd: Jun 26, 2018
                              Form ID: 318           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
```
db           +Leticia R. Couttien,   284 Saunders Drive,   Bushkill, PA 18324-8588
cr           +Nissan Motor Acceptance Corporation, servicer for,   P.O. Box 660366,   Dallas, TX 75266-0366
4510190      +Galasso Kimler & Muir,   308 W Harford Street,   Milford, PA 18337-1107
4489749       HAL HARRIS,   315 Keswick Avenue,   Bushkill, PA 18324
4489751      ++MET ED FIRST ENERGY,   101 CRAWFORD CORNER RD,   BLDG 1 SUITE 1-511,   HOLMDEL NJ 07733-1976
              (address filed with court:  MET-ED,   PO BOX 16001,   READING, PA 19612)
4489752      +NISSAN MOTOR ACCEPTANCE,   PO BOX 660360,   DALLAS, TX 75266-0360
4524878       Nissan Infiniti LT,   PO Box 660366,   Dallas TX 75266-0366
4544349       Nissan Motor Acceptance Corporation,   PO Box 660366,   Dallas, TX 75266-0366
4489753      +PENNSYLVANIA UTILITY CO,   234 THE GLEN,   TAMIMENT, PA 18371-9715
4510192      +Pocono Oil & Propane,   1550 North Ninth Street,   Stroudsburg, PA 18360-7479
4510193      +Roxbury Twp Mun Court,   1715 Rt 46 W,   Ledgewood, NJ 07852-9726
4510194      +T-Wol Leasing,   c/o Christopher Brown Esq,   11 N 8th Street,   Stroudsburg, PA 18360-1717
4489754      +TERRENCE COLBERT,   218 E 115th Street #8A,   New York, NY 10029-2131
4510195      +Tarisa Realty LLC,   PO Box 159,   Macungie, PA 18062-0159
4510196       Tax Pre USA Inc,   19 South 9th St,   Suite 102,   Stroudsburg, PA 18360
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4489744       EDI: CAPITALONE.COM Jun 26 2018 22:58:00    CAPITAL ONE BANK,   PO BOX 85520,
              RICHMOND, VA 23285
4489743      +EDI: CAPITALONE.COM Jun 26 2018 22:58:00    CAPITAL ONE BANK,   ATTN BANKRUPTCY DEPT,
              PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
4489745      +EDI: CHASE.COM Jun 26 2018 22:58:00    CHASE,   PO BOX 15298,   WILMINGTON, DE 19850-5298
4489746      +EDI: CITICORP.COM Jun 26 2018 22:58:00    CITI,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
4489747       EDI: DISCOVER.COM Jun 26 2018 22:58:00    DISCOVER FINANCIAL SVCS,   PO BOX 15316,
              WILMINGTON, DE 19850
4489748      +EDI: TSYS2.COM Jun 26 2018 22:58:00    DSNB MACYS,   PO BOX 8218,   MASON, OH 45040-8218
4489750       E-mail/Text: camanagement@mtb.com Jun 26 2018 19:03:11    M & T BANK,   1 FOUNTAIN PLAZA,
              BUFFALO, NY 14203
                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Hal H Harris
cr            Terrence Colbert
4510191      ##+GB Collects LLC,   145 Bradford Dr,   W Berlin, NJ 08091-9269
4510197      ##+The Glen at Tamiment,   c/o Wilkins & Assoc,   404 Park Avenue,   Stroudsburg, PA 18360-1664
                                                              TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              Andrew Michael Rongaus    on behalf of Miscellaneous Participant   PA State Police arongaus@pa.gov
              J. Zac Christman    on behalf of Defendant Leticia R Couttien jchristman@newmanwilliams.com,
              mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor 1 Leticia R. Couttien jchristman@newmanwilliams.com,
              mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Leon P Haller    on behalf of Miscellaneous Participant    Metropolitan Edison Company dba Met-Ed
           lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
          Lisa A Rynard    on behalf of Miscellaneous Participant    Metropolitan Edison Company dba Met-Ed
           lrynard@pkh.com,   rwhitfield@pkh.com;aburd@pkh.com
          Mark J. Conway (Trustee)    PA40@ecfcbis.com,
           mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
          Thomas I Puleo    on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Debtor 1 Leticia R. Couttien
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
          William E. Craig    on behalf of Creditor   Nissan Motor Acceptance Corporation, servicer for
           Nissan-Infiniti, LT ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                          TOTAL: 11

| | | |
|---|---|---|
| Debtor 1 | **Leticia R. Couttien** | Social Security number or ITIN   **xxx–xx–4398** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:14–bk–02262–JJT**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Leticia R. Couttien
aka Leticia Romain Couttien, aka Leticia Couttien

**By the court:**

June 26, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318             **Order of Discharge**             page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---