```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                           Case No. 14-02262-JJT
Leticia R. Couttien                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5           User: AGarner            Page 1 of 1            Date Rcvd: Jun 26, 2018
                               Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db            +Leticia R. Couttien,    284 Saunders Drive,   Bushkill, PA 18324-8588

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
              Andrew Michael Rongaus    on behalf of Miscellaneous Participant    PA State Police arongaus@pa.gov
              J. Zac Christman    on behalf of Defendant Leticia R Couttien jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor 1 Leticia R. Couttien jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leon P Haller    on behalf of Miscellaneous Participant    Metropolitan Edison Company dba Met-Ed
               lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              Lisa A Rynard    on behalf of Miscellaneous Participant    Metropolitan Edison Company dba Met-Ed
               lrynard@pkh.com,    rwhitfield@pkh.com;aburd@pkh.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Leticia R. Couttien
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation, servicer for
               Nissan-Infiniti, LT ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leticia R. Couttien,  
 aka Leticia Romain Couttien, aka Leticia Couttien,

**Debtor 1**

Chapter 7

Case No. 5:14−bk−02262−JJT

Social Security No.:  
xxx−xx−4398

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Mark J. Conway (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 26, 2018

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: AGarner, Deputy Clerk

**fnldec** (05/18)