United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-02262-MJC |
| Leticia R. Couttien | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 20, 2022 | Form ID: orfeedue | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Leticia R. Couttien, 284 Saunders Drive, Bushkill, PA 18324-8588 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Michael Rongaus | on behalf of Miscellaneous Participant PA State Police arongaus@pa.gov |
| J. Zac Christman | on behalf of Defendant Leticia R Couttien jchristman@newmanwilliams.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Leticia R. Couttien jchristman@newmanwilliams.com office@fisherchristman.com |
| Joshua I Goldman | on behalf of Creditor Lakeview Loan Servicing LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Leon P Haller | |

| | |
|---|---|
| | on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| Lisa A Rynard | |
| | on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed larynard@larynardlaw.com |
| Mark J. Conway (Trustee) | |
| | Connie_Norvilas@pamb.uscourts.gov mjc@mjconwaylaw.com;connie@mjconwaylaw.com |
| Thomas I Puleo | |
| | on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | |
| | on behalf of Debtor 1 Leticia R. Couttien lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation servicer for Nissan-Infiniti, LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Leticia R. Couttien
aka Leticia Romain Couttien, aka Leticia Couttien

Chapter 7

Case number 5:14−bk−02262−MJC

Document Number: 89

**Debtor(s)**

### Order Filing Fee Due

Finding that the fee in the amount of **$260.00** assessed in connection with the Motion to Reopen, has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **January 29, 2022** or the pleading may be stricken by the court for failure to pay the filing fee.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 20, 2022

orfeedue(05/18)