United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Leticia R. Couttien  
    Debtor

Case No. 14-02262-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Feb 08, 2022     Form ID: pdf010     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Leticia R. Couttien, 284 Saunders Drive, Bushkill, PA 18324-8588 |
| cr | + | Nissan Motor Acceptance Corporation, servicer for, P.O. Box 660366, Dallas, TX 75266-0366 |
| 4510190 | + | Galasso Kimler & Muir, 308 W Harford Street, Milford, PA 18337-1107 |
| 4489749 | + | HAL HARRIS, 315 Keswick Avenue, Bushkill, PA 18324-8141 |
| 4489751 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, MET-ED, PO BOX 16001, READING, PA 19612 |
| 4489752 | + | NISSAN MOTOR ACCEPTANCE, PO BOX 660360, DALLAS, TX 75266-0360 |
| 4524878 | | Nissan Infiniti LT, PO Box 660366, Dallas TX 75266-0366 |
| 4544349 | | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 4489753 | | PENNSYLVANIA UTILITY CO, 234 THE GLEN, TAMIMENT, PA 18371 |
| 4510192 | + | Pocono Oil & Propane, 1550 North Ninth Street, Stroudsburg, PA 18360-7479 |
| 4510193 | + | Roxbury Twp Mun Court, 1715 Rt 46 W, Ledgewood, NJ 07852-9726 |
| 4510194 | + | T-Wol Leasing, c/o Christopher Brown Esq, 11 N 8th Street, Stroudsburg, PA 18360-1717 |
| 4489754 | + | TERRENCE COLBERT, 218 E 115th Street #8A, New York, NY 10029-2131 |
| 4510195 | + | Tarisa Realty LLC, PO Box 159, Macungie, PA 18062-0159 |
| 4510196 | | Tax Pre USA Inc, 19 South 9th St, Suite 102, Stroudsburg, PA 18360 |
| 4510197 | + | The Glen at Tamiment, c/o Wilkins & Assoc, 404 Park Avenue, Stroudsburg, PA 18360-1664 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4489744 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2022 18:39:36 | CAPITAL ONE BANK, PO BOX 85520, RICHMOND, VA 23285 |
| 4489743 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2022 18:39:31 | CAPITAL ONE BANK, ATTN BANKRUPTCY DEPT, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4489746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2022 18:49:52 | CITI, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4489747 | | Email/Text: mrdiscen@discover.com | Feb 08 2022 18:40:00 | DISCOVER FINANCIAL SVCS, PO BOX 15316, WILMINGTON, DE 19850 |
| 4489748 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2022 18:49:42 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 4489745 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 08 2022 18:39:24 | CHASE, PO BOX 15298, WILMINGTON, DE 19850 |
| 4489750 | | Email/Text: camanagement@mtb.com | Feb 08 2022 18:40:00 | M & T BANK, 1 FOUNTAIN PLAZA, BUFFALO, NY 14203 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hal H Harris |
| cr | | Terrence Colbert |
| 4510191 | ##+ | GB Collects LLC, 145 Bradford Dr, W Berlin, NJ 08091-9269 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

**Name**  **Email Address**

Andrew Michael Rongaus
on behalf of Miscellaneous Participant PA State Police arongaus@pa.gov

J. Zac Christman
on behalf of Defendant Leticia R Couttien jchristman@newmanwilliams.com office@fisherchristman.com

J. Zac Christman
on behalf of Debtor 1 Leticia R. Couttien jchristman@newmanwilliams.com office@fisherchristman.com

Joshua I Goldman
on behalf of Creditor Lakeview Loan Servicing  LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Leon P Haller
on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

Lisa A Rynard
on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed larynard@larynardlaw.com

Mark J. Conway (Trustee)
Connie_Norvilas@pamb.uscourts.gov mjc@mjconwaylaw.com;connie@mjconwaylaw.com

Thomas I Puleo
on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
on behalf of Debtor 1 Leticia R. Couttien
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig
on behalf of Creditor Nissan Motor Acceptance Corporation  servicer for Nissan-Infiniti, LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Leticia R. Couttien,     :     Chapter 7
    Debtor,     :     Case No: 5:14-bk-02262

### ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE

    Upon consideration of Debtor's Motion to Reopen Bankruptcy Case, Debtor's Motion is hereby GRANTED. Further, the Bankruptcy case is Reopened.

    By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 8, 2022