FILED        Wilkes-Barre, PA.
April 25, 2022
Clerk, U.S. Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Leticia R. Couttien, | : | Chapter 7 |
| Debtor, | : | Case No: 5:14-bk-02262 |
| | | |
| Leticia R. Couttien, | : | |
|    Movant, | : | |
|        v. | : | |
| Hal Harris and Terrence Colbert, | : | |
|    Respondents, | | |

### Motion For Contempt and Request for Injunctive Relief

  And now come the Debtor, Leticia Couttien, declares support of the petition as follows:

    1. Debtor made an agreement to resolve adversary proceeding by agreeing to a Stipulation Agreement and Affidavit with Hal Harris ("Harris") and Terrence Colbert ("Colbert") in Bankruptcy court.

    2. This Stipulation Agreement and Affidavit limited Debtor's personal liability to sixteen thousand dollars ($16,000) but recognized that action could continue because insurance from Allstate Property and Casualty Insurance ("Allstate") could cover the damages claimed by Colbert and Harris.

    3. Colbert and Harris have a pending matter against Allstate in the US District Court for the Middle District of Pennsylvania, Civil Action No: 3:20-CV-01066-WIA to recover losses regarding the property and items discharged in Debtor's bankruptcy.

    4. Harris and Colbert continue to make claims in the Court of Common Pleas of Sixtieth Judicial Commonwealth of Pennsylvania Civil, Case No. 1171-2013, that Debtor is personally liable for loses relating to all claims litigated and resolved in Bankruptcy Court. Allstate is not involved in the Pike County court proceeding against Debtor.

    5. Debtor is asking for this court to issue a stay until Colbert and Harris' court matter with Allstate is resolved and claims against Debtor can be covered by Allstate.

    6. Debtor is also asking that if the Allstate matter is not resolved or dismissed. Any action against Debtor in Pike County court will be Stayed indefinitely.

    7. Debtor is asking that Colbert and Harris be found in contempt for continuing to pursue Debtor for personal liability despite Bankruptcy Discharge.

  WHEREFORE, Debtor respectfully requests that this Honorable Court grant this Motion of

Contempt and Request for Injunctive Relief, hold Hal Harris and Terrence Colbert in contempt of the Discharge Order entered in the above-captioned Chapter 7 Bankruptcy Case, issue an Order that specifically stays all proceedings in the Court of Common Pleas of Pike County of Hal Harris and Terrence Colbert against Debtor until Hal Harris and/or Terrence Colbert obtain an order that All State Insurance Company is responsible for insuring any liability that would have been that of Debtor Leticia Couttien but for the Discharge Order, and for such other relief and this Honorable Court deems just and appropriate.

Dated: April 25th, 2022　　　　　　　　　　　　By: /s/Leticia R. Couttien

　　　　　　　　　　　　　　　　　　　　　　　　Leticia R. Couttien - Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Leticia R. Couttien, : Chapter 7
    Debtor, : Case No: 5:14-bk-02262

# ORDER GRANTING MOTION FOR CONTEMPT AND REQUEST FOR INJUNCTIVE RELIEF

"Upon consideration of Debtor's Motion for Contempt and Request for Injunctive Relief, Debtor's Motion is hereby GRANTED. Upon consideration of Debtor's Motion to find Hal Harris and Terrence Colbert in contempt of the Discharge Order entered in the above-captioned Chapter 7 Bankruptcy Case, Debtor's Motion is hereby GRANTED. In consideration of Debtor's Motion to issue an Order that specifically stays all proceedings in the Court of Common Pleas of Pike County of Hal Harris and Terrence Colbert against Debtor until Hal Harris and/or Terrence Colbert obtain an order that Allstate Insurance Company is responsible for insuring any liability that would have been that of Debtor Leticia Couttien but for the Discharge Order, and for such other relief and this Honorable Court deems just and appropriate, Debtor's Motion is hereby GRANTED. Further, a hearing on the Discharge Injunction as it relates to the state court litigation and other relief is hereby scheduled for _____."

| From: | web@pamb.uscourts.gov on behalf of PAMB Web |
|---|---|
| To: | PAMBml_fax |
| Subject: | EDSS filing from Leticia R Couttien for on Monday, April 25, 2022 - 15:04 |
| Date: | Monday, April 25, 2022 3:05:23 PM |

Submitted on Monday, April 25, 2022 - 15:04
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Leticia R Couttien
Debtor's name (if different):
Filer's EMail Address: lcouttien@gmail.com
Filer's Phone Number: 646-287-0492
Case number (if known): 5:14-bk-02262
==Documents==
Document 1:

https://www.pamb.uscourts.gov/system/files/webform/edss/Bankruptcy%20petition%20Final%203.pdf
Document description: Motion For Contempt and Request for
Injunctive Relief
==More Documents==
Document 2:


https://www.pamb.uscourts.gov/system/files/webform/edss/Bankruptcy%20Order_0.pdf
Document 2 description: Bankuptcy Order
Document 3:
Document 3 description:
Document 4:
Document 4 description:
Document 5:
Document 5 description:


By entering my name in the box below, I affirm that I am intending to sign
this form with my signature and consent to use this electronic form.: Leticia
R Couttien