IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: Leticia R. Couttien, | : | Chapter 7 |
| Debtor | : | Case No: 5:14-bk-02262 |
| | : | |
| Hal H. Harris & Terrence A/ Colbert, | : | |
| Respondents | : | |

## AMENDED CERTIFICATE OF SERVICE

    I, Hal H. Harris, Respondent in the above captioned matter, hereby certify that I am more than 18 years of age and that on **May 17th, 2022**, I served a true and complete copy of ***Respondent's Opposition To Debtor's Motion To Compel And Request For Injunctive Relief*** on the below listed person(s)/entity(ies) via email and first class mail, postage prepaid, without proof of service, by depositing the envelope and aforementioned pleading(s) in a U.S. Postal Service mailbox.

**Person(s)/Entity(ies) Served:**

1. Leticia Couttien, Debtor
   104 Condor Drive
   Tamiment, PA 18371
   **Email:** lcouttien@gmail.com

2. Terrence A. Colbert, Co-Respondent
   218 East 115th Street, Apt. 8A
   New York, New York 10029
   **Email:** Disclosed to The Court upon Request

    I, Hal H. Harris, further certify that a courtesy copy of the above-mentioned pleading(s) was/were also served on above listed person(s)/entity(ies) via email on **May 18th, 2022.**

**DATED: May 20th, 2022**

/s/ *Hal H. Harris*
Hal H. Harris
Respondent, Pro Se

| | |
|---|---|
| From: | web@pamb.uscourts.gov on behalf of PAMB Web |
| To: | PAMBml_fax |
| Subject: | EDSS filing from Hal H. Harris for Leticia R. Couttien on Friday, May 20, 2022 - 05:15 |
| Date: | Friday, May 20, 2022 5:15:34 AM |

Submitted on Friday, May 20, 2022 - 05:15
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Hal H. Harris
Debtor's name (if different): Leticia R. Couttien
Filer's EMail Address: hhh@harris3.com
Filer's Phone Number: (570) 213-3648
Case number (if known): 5:14-bk-02262
  ==Documents==
   Document 1:

https://www.pamb.uscourts.gov/system/files/webform/edss/20220520%20-%20Amended%20Certificate%20Of%20Service.pdf
     Document description: Amended Certficate Of Service
      ==More Documents==
      Document 2:
      Document 2 description:
      Document 3:
      Document 3 description:
      Document 4:
      Document 4 description:
      Document 5:
      Document 5 description:


By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Hal H. Harris

Case 5:14-bk-02262-HWV    Doc 110    Filed 05/20/22    Entered 05/20/22 11:09:14    Desc
Main Document    Page 2 of 2