FILED            Wilkes-Barre, PA.
May 20, 2022
Clerk, U.S. Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Leticia R. Couttien, | : | |
| Debtor | : | Chapter 7 |
| | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A/ Colbert, | : | |
| Respondents | : | |

### NOTICE RESPONDENTS WILL PRESENT EVIDENCE ELECTRONICALLY

NOW COMES Hal H. Harris ("Respondent") who requests This Court provide the required link or access so Respondents can use This Court's electronic evidence presentation system to submit exhibits Respondent intends to present at Hearing on Leticia Couttien's ("Debtor") Motion For Contempt And Request For Injunctive Relief. In support thereof Respondent avers as follows;

1. The Parties, Debtor and both Respondents in this case are appearing Pro Se.
2. On January 22nd, 2022, Debtor filed a Motion To Reopen Bankruptcy case ("MTRB") claiming that Hal H. Harris (Harris) and Terrence A. Colbert (Colbert), collectively referred to hereinafter as "Respondents", violated This Court's Discharge Order by pursuing their State Case against Debtor, that had been stayed due to Debtor's bankruptcy filing.
3. Respondent contacted by telephone and email, over the course of two weeks, from January 25th, 2022 to February 8th, 2002, trying to secure a login and password to file documents using CM/EFC System. Ultimately, Respondent was directed by a court clerk to file a written request addressed to Chief Bankruptcy Judge Henry Van Eke.
4. On February 8th, 2022 at 11:20 A.M Respondent filed the written request to file documents via CM/EFC. At 2:09 P.M. that same day, This Court's Order granting Debtor's MTRB was filed.
5. By Order dated February 9th, 2022, This Court denied Respondent's written request to file documents via CM/EFC. Thus, Respondent must file documents using Electronic Document Submission System (EDSS).
6. On February 9th, 2022, before knowing This Court had already granted Debtor's MTRB, Respondent filed the Opposition To Debtor Motion To Reopen Bankruptcy Case.
7. By Order dated February 11th, 2022, This Court Denied Respondent's Opposition To Debtor's MTRB, as moot, since This Court had already granted Debtor's MTRB.

8. On April 25th, 2022, Debtor filed a Motion For Contempt and Injunctive Relief ("MFC") that Debtor failed, to this date, to serve on either of the Respondents (Mr. Harris or Mr. Colbert).

9. Notably, Debtor also failed to file the required Certificate Of Service for her MFC. Accordingly, Debtor's MFC should have been dismissed or stricken.

10. On April 26th, 2022, This Court issued a NOTICE scheduling a Hearing on Debtor's MFC for May 24th, 2022 at 9:30 A.M. and instructed Respondents to file any objection/response on or before May 17th, 2022.

11. Because Debtor failed to serve a copy of Debtor's MFC on either Respondents. Respondents only learned of Debtor's MFC via This Court's Notice, that was mailed to Respondents.

12. On May 12th, 2022 at 7:27 A.M., Elizabeth Anderson, Esq. (Attorney Anderson), Debtor's attorney in the pending State Case that Debtor is requesting This Court stay, sent Respondent Harris an email that stated; *"I am applying for Court permission to testify remotely. What is your position on this motion?"*. Notably, Attorney Anderson's email, to Respondent Harris only, did not state what capacity she'd intended to appear.

13. Respondent Harris responded to Attorney Anderson by email and informed that 1) Harris was grieving the death of his brother 2) **did not** concur with her request to testify remotely 3) email service of her application/motion is not effective since Respondents never agreed to accept email service and 4) Respondents would file an Objection to her application to Testify Remotely.

14. On May 17th, 2022, Respondents filed *Respondent's Opposition To Debtor's Motion For Contempt And Request For Injunctive Relief,* via the EDSS.

15. On May 18th, 2022 at 3:14 P.M., Attorney Anderson at filed her *Witness Motion For Leave Of Court To Appear Remotely*, ("MFL"), to appear as Debtor's Witness. Attorney Anderson emailed a copy of the MFL to Respondent Harris but did not email the MFL to Respondent Colbert.

16. On May 18th, and May 19th, 2022 Respondent Harris contacted This Court and left messages with Chief Judge Van Eck's Courtroom Deputy requesting a link to file Respondent's Hearing Exhibits via the Cloud-based Evidence system ("CES") set forth 1st paragraph of the Electronic Evidence Presentation Guide that Respondent Harris printed from This Court's Website and reviewed.

17. On the late afternoon of May 19th, 2022, Courtroom Deputy, Ms. Joan Goodling, returned Respondent Harris' calls and explained that Pro Se litigants cannot use CES but instead must file a request to file exhibits/evidence remotely and then submit the exhibits to This Court via EDSS.

18. While speaking with Courtroom Deputy Goodling, Respondent Harris inquired about Attorney Anderson's MFL. Ms. Goodling directed Respondent Harris to This Court "Upcoming Remote

Hearing Participants With Emails" webpage where Attorney Anderson was listed as a Party scheduled to appear remotely at the May 24th, 2022 Hearing in the *In Re: Leticia Couttien* matter.

19. Courtroom Deputy Joan Goodling confirmed that the Bankruptcy Court courtroom will be open, and parties may appear in person before Chief Judge Van Eck at the Hearing on May 24th, 2022.

20. Given that Attorney Anderson has now confirmed that she will testify as a witness for Debtor, Respondent Harris intends to 1) Cross-Examine Attorney Anderson 2) Cross-Examine Debtor 3) present documentary evidence and 4) potentially present rebuttal evidence in person at the May 24th, 2022 Hearing.

21. Because Cross-Examination is likely best done in person, Respondents intend to file their Objection to Attorney Anderson's MFL on or before Monday, May 23rd, 2022 and Respondent Harris may likely withdraw appear remotely so he can Cross-Examine Attorney Anderson in person in the Courtroom on May 24th, 2022.

22. A Proposed Order and Respondent is attached hereto

23. Respondent's Certificate of Service is attached hereto.

24. The undersigned Respondent declares under penalty of perjury the foregoing is true and correct to the best of his knowledge.

**WHEREFORE** Respondent Harris respectfully requests that This Court provide the required link or other means for Respondent to upload their Hearing Exhibits forthwith.

Respectfully submitted,

/s/ *Hal H. Harris*

Hal H. Harris
Respondent, Pro Se
315 Keswick Avenue
Bushkill, PA 18324
Tel: (570) 213-3648

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: Leticia R. Couttien, | : | |
| :--- | :--- | :--- |
| Debtor | : | Chapter 7 |
| | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A/ Colbert, | : | |
| Respondents | : | |

# ORDER

Upon consideration of Respondent Hal H. Harris' *Notice Respondents Will Present Evidence Electronically* and Respondents Harris' request for a link or access to file such evidence/exhibits electronically, This Court hereby GRANTS Respondent Harris' Request/Motion.

Further, my Courtroom Deputy is instructed to provide the appropriate link/access to Respondent Harris via email and call him at (570) 213-3548 forthwith to inform him of my decision.

**Entered This _____ Day of May 2022**

**BY THE COURT**

_____
Honorable, Henry W. Van Eck
Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: Leticia R. Couttien, | : | |
|---|---|---|
| Debtor | : | Chapter 7 |
| | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A/ Colbert, | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE

I, Hal H. Harris, Respondent in the above-caption matter certify that true copy of the below listed pleading(s) have been served the below listed person(s)/entity(ies) in the manner/method indicated below.

| | Name And Address | Method of Service |
|---|---|---|
| 1 | Leticia R. Couttien, Debtor<br>104 Condor Drive<br>Tamiment, PA 18371<br>Email: lcouttien@gmail.com | Via Email &<br>U.S. Mail Postage Prepaid |
| 2 | Terrence A. Colbert, Co-Respondent<br>218 East 118th Street, #8A<br>New York, New York 10029<br>Email: To Be Disclosed To Court Upon Request | Via Email &<br>U.S. Mail Postage Prepaid |

**Pleading(s) Served:**

1. Notice That Pro Se Respondents Will Present Evidence Electronically

**DATED: MAY 20TH, 2022**

/s/ *Hal H. Harris*
Hal H. Harris
Respondent/Movant/Creditor
Pro Se

| | |
|---|---|
| **From:** | web@pamb.uscourts.gov on behalf of PAMB Web |
| **To:** | PAMBml_fax |
| **Subject:** | EDSS filing from Hal H. Harris for Leticia R. Couttien on Friday, May 20, 2022 - 05:04 |
| **Date:** | Friday, May 20, 2022 5:04:49 AM |

Submitted on Friday, May 20, 2022 - 05:04
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Hal H. Harris
Debtor's name (if different): Leticia R. Couttien
Filer's EMail Address: hhh@harris3.com
Filer's Phone Number: (570) 213-3648
Case number (if known): 5:14-BK-02262
 ==Documents==
  Document 1:

https://www.pamb.uscourts.gov/system/files/webform/edss/20220520%20-%20Notice%20Respondents%20Will%20Present%20Evidence%20Electronically%20_0.pdf
   Document description: NOTICE RESPONDENTS WILL PRESENT EVIDENCE ELECTRONICALLY
  ==More Documents==
   Document 2:
   Document 2 description:
   Document 3:
   Document 3 description:
   Document 4:
   Document 4 description:
   Document 5:
   Document 5 description:


By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Hal H. Harris

Case 5:14-bk-02262-HWV    Doc 111    Filed 05/20/22    Entered 05/20/22 13:14:27    Desc
Main Document    Page 6 of 6