IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 7 |
| Leticia R. Couttien, | : | |
| | : | CASE NO. 5:14-bk-02262-HWV |
| Debtor | : | |

## ORDER

Upon consideration of the Witness Motion for Leave of Court to Testify Remotely filed by the Debtor (Dkt. #109) (the "Motion"), and it appearing that the Motion is not concurred in by all parties-in-interest, and for the reasons detailed by the Court at the preliminary hearing on the Motion for Contempt and Request for Injunctive Relief which are incorporated herein by reference, it is hereby:

**ORDERED** that the Motion is DENIED.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 17, 2022