United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-02262-HWV |
| Leticia R. Couttien | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Elizabeth Anderson, 1761 Route 590, Hawley, PA 18428-7793 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Michael Rongaus | on behalf of Miscellaneous Participant PA State Police arongaus@pa.gov |
| J. Zac Christman | on behalf of Defendant Leticia R Couttien jchristman@newmanwilliams.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Leticia R. Couttien jchristman@newmanwilliams.com office@fisherchristman.com |
| Joshua I Goldman | on behalf of Creditor Lakeview Loan Servicing  LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Leon P Haller | on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| Lisa A Rynard | |

|  |  |
|---|---|
|  | on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed larynard@larynardlaw.com |
| Mark J. Conway (Trustee) | Connie_Norvilas@pamb.uscourts.gov mjc@mjconwaylaw.com;connie@mjconwaylaw.com |
| Thomas I Puleo | on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Leticia R. Couttien lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | on behalf of Creditor Nissan Motor Acceptance Corporation servicer for Nissan-Infiniti, LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 7
Leticia R. Couttien, :
: CASE NO. 5:14-bk-02262-HWV
Debtor :

## ORDER

Upon consideration of the Witness Motion for Leave of Court to Testify Remotely filed by the Debtor (Dkt. #109) (the "Motion"), and it appearing that the Motion is not concurred in by all parties-in-interest, and for the reasons detailed by the Court at the preliminary hearing on the Motion for Contempt and Request for Injunctive Relief which are incorporated herein by reference, it is hereby:

**ORDERED** that the Motion is DENIED.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 17, 2022