United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                     Case No. 14-02262-HWV

Leticia R. Couttien                                  Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                  Page 1 of 2

Date Rcvd: Jun 23, 2022                       Form ID: pdf010                             Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Elizabeth Anderson, 1761 Route 590, Hawley, PA 18428-7793 |
| 4489749 | + HAL HARRIS, 315 Keswick Avenue, Bushkill, PA 18324-8141 |
| 4489754 | + TERRENCE COLBERT, 218 E 115th Street #8A, New York, NY 10029-2131 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: lcouttien@gmail.com | Jun 23 2022 18:35:00 | Leticia R. Couttien, 284 Saunders Drive, Bushkill, PA 18324-8588 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022                              Signature:                 /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Michael Rongaus | on behalf of Miscellaneous Participant PA State Police arongaus@pa.gov |
| J. Zac Christman | on behalf of Defendant Leticia R Couttien jchristman@newmanwilliams.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Leticia R. Couttien jchristman@newmanwilliams.com office@fisherchristman.com |

Joshua I Goldman
    on behalf of Creditor Lakeview Loan Servicing LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Leon P Haller
    on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

Lisa A Rynard
    on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed larynard@larynardlaw.com

Thomas I Puleo
    on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Leticia R. Couttien lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig
    on behalf of Creditor Nissan Motor Acceptance Corporation servicer for Nissan-Infiniti, LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| Leticia R. Couttien. | : | |
| Debtor | : | Case No: 5:14-bk-02262-HWV |
| | : | |
| Leticia R. Couttien, | : | |
| Movant | : | |
| | : | |
| Hal H. Harris & Terrence A. Colbert | : | |
| Respondents | : | |

**ORDER**

Following a preliminary evidentiary hearing on the Debtor's Motion for Contempt and Request for Injunctive Relief (the "Motion") held on June 22, 2022 where testimony was taken and evidence was admitted into the record, and the Court having determined that the Debtor met her initial burden of production and made a *prima facie* showing for entitlement to the relief requested in the Motion, and the parties for scheduling reasons being unable to convene for a final hearing until August 31, 2022, and the Court further finding that a balance of the hardships weighs in favor of the issuance of a stay of all state court proceedings that could be impacted by the Court's ultimate ruling in this matter, it is hereby

ORDERED that the state court proceedings in the Court of Common Pleas of Pike County at 1171-CV-2013 and 1241-CV-2019, are hereby stayed pursuant to 11 U.S.C. § 105(a) and 11 U.S.C. § 524 pending further order of this Court; and it is further

ORDERED that a final hearing on this matter shall be conducted on August 31, 2022, at 10:30 a.m.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 23, 2022