IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Leticia R. Couttien, | : | Chapter 7 |
| Debtor | : | |
| v. | : | **Case No: 5:14-BK-02262** |
| Hal H. Harris & Terrence A. Colbert, | : | |
| Respondents | : | |

### RESPONDENT'S 2ND MOTION FOR AUTHORIZATION TO FILE DOCUMENTS VIA CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF)

NOW COMES Hal H. Harris ("Respondent", who files this motion and in support thereof avers as follows;

1. On January 25th, 2022, Leticia Couttien ("Debtor") filed a Motion To Re-Open ("MTR") the above-captioned bankruptcy case, which Debtor did not serve on Respondents.
2. On January 26th, 2022, Respondent followed the instructions on This Court's website and requested a logon and password to file documents/pleadings electronically via the Case Management/Electronic Case Filing ("CM/ECF"). That same day, Ms. Tonia L. Wilson ("Ms. Wilson") the ECRO/Case Administrator of This Court, sent Respondent and email that stated; *"Unfortunately, the Court does not issue logins and passwords unless you are an attorney"*. Ms. Wilson also suggested that Respondent use the Electronic Document Submission System ("EDSS") ad sign up for a "PACER" account to view filings related to the case sub judice.
3. Accordingly, between January 26th, 2022 and February 8th, 2022, Respondent diligently tried, to no avail, via telephonic and email communications with Ms. Wilson, MS. Cindy Boyle, and Ms. Jennifer Miscevich (Operations Supervisor), to secure the required Login and password to filed documents and pleadings via CM/ECF. Ultimately, Respondent was instructed to file a written request with Chief Judge Van Eck for approval to use CM/ECF.
4. On February 8th, 2022, Respondent filed a letter with This Court requesting approval to file pleadings/documents via CM/ECF instead of EDSS for reasons stated Respondent's letter.
5. **Exhibit 1** attached hereto is a copy of Respondent's February 8th, 2022 letter
6. By ORDER dated February 9th, 2022, Judge Van Eck "interpreted [Respondent's letter] as a Motion For Authorization to Use The CM/ECF filing system" and denied Respondent's motion without providing a reason for such denial.
7. Since February 8th, 2022, Respondent has filed various pleadings via EDSS, which limits document size to only two (2) Megabytes. EDSS has proven, to be an unstable, unreliable, and far inferior document filing system, especially when compared to CM/ECF.

8. On multiple occasions Respondent filed time sensitive motions via EDSS, as a PDF documents, which is the only document format EDSS accepts, but personnel from This Court claimed the PDF documents could not be "viewed" and/or "opened".
9. **Exhibit 2** attached hereto is a copy of the email string between an employee of This Court, Ms. Christine Kovach, and Respondent that documents Respondent's Request Letter/Motion was filed on February 8th, 2022 and Ms. Kovach's claim the letter "could not viewed".
10. **Exhibit 3** attached hereto is a copy of the email string between another employee of This Court, Ms. Cindy Boyle, and Respondent, that documents Respondent's Motion For Continuance and other relief was filed on August 23rd, 2022 and Ms. Boyle's claim that the subject Motion "could not be opened".
11. Claims by This Court's personnel, that documents filed via EDSS, if true or not, provide further justification why This Court should authorize Respondent use CM/ECF to file Pleadings.
12. Furthermore, allowing Respondent to use CM/ECF, which Respondent undertook the training for, would increase This Court efficiency, since Court personnel would not 1) have to view documents before they filed, as is the case with EDSS or 2 interact with Respondent when documents filed on EDSS, allegedly, cannot be viewed or opened.

**WHEREFORE** Respondent respectfully requests This Court approve the instant Motion and direct the appropriate personnel of This Court to provide Respondent with a login and password, via email at hhh@harris3.com, so Respondent can there forward us CM/ECF to file documents/pleading related to the case/matter.

Respectfully submitted,

### CERTIFICATE OF SERVICE:

The undersigned hereby certifies, under penalty of perjury, that this Pleading was filed electronically, in This Court, on the date appearing below, and a true copy of the same was served on 1) Debtor via email and U.S. Mail and 2) Co-Respondent via email.

### Dated: August 24th, 2022

*Hal H. Harris* /s/
Hal H. Harris
Respondent, Pro Se
315 Keswick Avenue
Bushkill, PA 18324
**Tel:** (570) 213-3648

Exhibit 1

**Hal H. Harris**
315 Keswick Avenue
Bushkill, PA 18324
Email: hhh@harris3.com
Tel: (570) 213-3648

Tuesday, February 8, 2022

## VIA ELECTRONIC DOCUMENT SUBMISSION SYSTEM ("EDSS")

Honorable Henry W. Van ECK, Chief Judge
U.S. Bankruptcy Court
274 Max Rosen U.S. Courthouse
197 South Main Street, Wilkes Barre, PA 18701

**In Re: Leticia Couttien, Debtor - Chapter 7 - Case No.: 5:14-BK-00262-JJT/HVE**

Dear Chief Judge Van Eke,

I, Hal H. Harris, the undersigned, a Pro Se litigant, in the above-reference matter, respectfully request that This Court grant me a Login and Password so I can file my Opposition To Debtor's Motion To Reopen Bankruptcy Case and all other pleadings and documents, in the above referenced matter, using the CM/ECF system ("ECF") versus the Electronic Document Submission System ("EDSS"). I make my request because, as This Court may be aware, there are consequential differences between fling documents via ECF versus EDSS. Important differences between the two (2) systems include but are not limited to:

1. Pleadings and documents filed via ECF are deemed filed at the moment they are filed while documents filed via EDSS are not deemed filed until The Court sends a confirmation email. This creates an unfair consequence to EDDS users because documents filed via ECF until midnight EST on any day are deemed filed that same day, but documents filed after business hours, on weekends and/or on holidays via EDSS will not be reviewed until, at least, the next business day and are not deemed filed until The Court sends the confirmation email. Thus, the Pro Se loses filing days.
2. ECF filings can be up to fifty (50) Megabytes, but EDDS filing are limited to two (2) Megabytes.
3. Self-Represented litigants using EDDS are not instantly notified via email of filings, but ECF users are.
4. Self-Represented litigants using ECF can view and print pleadings, documents, and Orders once for free, after they are filed by any party, but Self-Represented litigants using of EDDS must pay ten cents per page to view, download or print all pleadings, documents, Orders filed and even the docket sheets.
5. Allowing attorneys to file via ECF while requiring Self-Represented parties to use EDDS gives "Represented" parties and attorneys unequal access to the courts and unfair advantages.

The undersigned 1) has proper P.A.C.E.R. credentials 2) watched training videos available via This Court and P.A.C.E.R. on how to file using ECF and 3) was granted a login and passwords to file pleadings and documents electronically in State Courts (at Common Pleas & Appellate Courts levels) and Federal Courts for cases involving and/or growing out of Debtor's actions. Thus, the undersigned is familiar with fling via ECF. Therefore, for all the above reasons, the undersigned respectfully requests This Court grant him a login and password to file pleadings and documents and have access to ECF system in the instant case.

Respectfully submitted,
*Hal H. Harris* /s/
Hal H. Harris - Pro-Se Litigant

cc: Leticia R. Couttien, Debtor


| | |
|---|---|
| **From:** | Hal H. Harris <hhh@harris3.com> |
| **Sent:** | February 8, 2022 12:14 PM |
| **To:** | 'Christina Kovach' |
| **Cc:** | 'PAMBml_TeamLeaders'; Hal H. Harris |
| **Subject:** | RE: EDSS filing from Hal H. Harris for Leticia Romani Couttien on Tuesday, February 8, 2022 - 05:31 |

Hello Ms. Kovach,

I will follow your instructions and try again. It is possible to just assign me an EFC Login and Password? I already made my request for an EFC login and password for this case via P.A.C.E.R., to Ms. Boil and to Chief Judge Henry Van Eck's Clerk Ms. Tonia Wilson. Kindly note, I am still awaiting a response from Chief Judge Van Eck but I need to get my Opposition To Debtor's Motion To Reopen Bankruptcy Case, which is likely going to exceed 20 Megabytes, filed ASAP.

Best Regards,

Hal H. Harris
T: (570) 213-3648
E: hhh@harris3.com

-----Original Message-----
From: Christina Kovach <Christina_Kovach@pamb.uscourts.gov>
Sent: February 8, 2022 12:03 PM
To: hhh@harris3.com
Cc: PAMBml_TeamLeaders <PAMBml_TeamLeaders@pamb.uscourts.gov>
Subject: RE: EDSS filing from Hal H. Harris for Leticia Romani Couttien on Tuesday, February 8, 2022 - 05:31

Mr Harris,

We are still not able to open your document. The symbols in the file name might be causing the issue. Please rename your file "Request for Login" with no symbols and make sure to completely close the file before uploading it to our EDSS program. Thank you.

Christina Kovach
Team Coordinator
US Bankruptcy Court
Ronald Reagan Federal Bldg

1

228 Walnut Street
Harrisburg, PA 17101
717-901-2815

-----Original Message-----
From: Hal H. Harris <hhh@harris3.com>
Sent: Tuesday, February 8, 2022 11:30 AM
To: Christina Kovach <Christina_Kovach@pamb.uscourts.gov>
Cc: PAMBml_TeamLeaders <PAMBml_TeamLeaders@pamb.uscourts.gov>
Subject: RE: EDSS filing from Hal H. Harris for Leticia Romani Couttien on Tuesday, February 8, 2022 - 05:31

CAUTION - EXTERNAL:


Hello Mr. Kovach,

Thank you for your email below. The document I submitted via EDSS is one (1) page letter, in PDF format, that I believe was less than 2 megabytes in size when I initially submitted/filed it. The subject letter requests that I be provided an ECF Login and Password. I have reduced the subject PDF file size even further so it is less than one (1) megabyte in size and I have resubmitted/refiled it.

Your email below, underscores why I submitted/filed my letter as a follow to my numerous verbal and email requests that I be assigned an ECF Login and Password.

Please provide me and email confirming that my letter has been filed.

Thank you in advance for your time, assistance and reply.

Best Regards,

Hal H. Harris
T: (570) 213-3648
E: hhh@harris3.com

-----Original Message-----
From: Christina Kovach <Christina_Kovach@pamb.uscourts.gov>
Sent: February 8, 2022 10:18 AM
To: hhh@harris3.com
Cc: PAMBml_TeamLeaders <PAMBml_TeamLeaders@pamb.uscourts.gov>
Subject: RE: EDSS filing from Hal H. Harris for Leticia Romani Couttien on Tuesday, February 8, 2022 - 05:31

2

Case 5:14-bk-02262-HWV    Doc 128    Filed 08/24/22    Entered 08/25/22 11:36:48    Desc
Main Document    Page 5 of 13

Good morning, Mr. Harris. We were unable to open your EDSS filing. Please check the file size and format and resubmit at your earliest convenience. Thank you.

Christina Kovach
Team Coordinator
US Bankruptcy Court
Ronald Reagan Federal Bldg
228 Walnut Street
Harrisburg, PA 17101
717-901-2815

-----Original Message-----
From: web@pamb.uscourts.gov <web@pamb.uscourts.gov>
Sent: Tuesday, February 8, 2022 5:31 AM
To: PAMBml_fax <fax@pamb.uscourts.gov>
Subject: EDSS filing from Hal H. Harris for Leticia Romani Couttien on Tuesday, February 8, 2022 - 05:31

Submitted on Tuesday, February 8, 2022 - 05:31 Submitted by user: Anonymous
Submitted values are:

Filer's Name: Hal H. Harris
Debtor's name (if different): Leticia Romani Couttien Filer's EMail Address: hhh@harris3.com Filer's Phone Number: (570) 213-3648 Case number (if known): 5:14-BK-02262-JJT/HVE
==Documents==
Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/20220208%20-%20Request%20For%20ECF%20Login%20%26%20Password.pdf
Document description: Request For ECF Login & Password
==More Documents==
Document 2:
Document 2 description:
Document 3:
Document 3 description:
Document 4:
Document 4 description:
Document 5:
Document 5 description:

3

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Hal H. Harris


CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Exhibit 3

**Hal H. Harris**

| | |
|---|---|
| From: | Hal H. Harris <hhh@harris3.com> |
| Sent: | August 24, 2022 3:00 PM |
| To: | 'Cindy Boyle' |
| Cc: | 'PAMBml_TeamLeaders'; Hal H. Harris |
| Subject: | RE: EDSS filing from Hal H. Harris for Leticia R. Couttien on Tuesday, August 23, 2022 - 23:20 |

Ms. Boyle,

I thank you for 1) your email below 2) docketing the Motion I filed yesterday via EDSS and 3) forwarding my Motion to Judge Van Eck's Chamber for review. However, I must say that I cannot understand and find it hard to believe that PDF documents that I file via EDSS cannot be opened by This Court as you claim in your email. This is not the first time that This Court has claimed PDF documents that I file via EDSS cannot be opened.

First and foremost, EDSS will only accept PDF documents. Second, I have never submitted any PDF documents via EDSS with any security protocols that would require a password to open and/or prevent them from being opened. Third, I, like every litigant forced to use EDSS, do not control EDSS, which, as it applies to This Court, is an unstable and unreliable fling system. Fourth, The issue with EDSS is on the Court's side and not mine. Therefore, it is unfair and unjust to force Pro se Litigants, like myself, to use EDSS when the more stable Case Management/Electronic Case Filing (CM?ECF) System exists to file documents and pleadings. That said, based on my prior communications with personnel from This Court, I understand that it is up to the Judge Van Eck to grant or deny my request to use the CM/ECF. Accordingly, I will submit another motion for authorization to use the CM/ECF system.

Best Regards,

Hal H. Harris
T: (570) 213-3648
E: hhh@harris3.com

-----Original Message-----
From: Cindy Boyle <Cynthia_Boyle@pamb.uscourts.gov>
Sent: August 24, 2022 2:21 PM
To: hhh@harris3.com
Cc: PAMBml_TeamLeaders <PAMBml_TeamLeaders@pamb.uscourts.gov>
Subject: RE: EDSS filing from Hal H. Harris for Leticia R. Couttien on Tuesday, August 23, 2022 - 23:20

1

Mr Harris,

Unfortunately your pleadings couldn't be opened through EDSS but I did refer your motion to the Judge from your email attachment. It has been docketed as is currently under review in Chambers.

Have a good day,

Cindy

-----Original Message-----
From: Hal H. Harris <hhh@harris3.com>
Sent: Wednesday, August 24, 2022 2:15 PM
To: Cindy Boyle <Cynthia_Boyle@pamb.uscourts.gov>
Cc: PAMBml_TeamLeaders <PAMBml_TeamLeaders@pamb.uscourts.gov>; Hal H. Harris <hhh@harris3.com>
Subject: RE: EDSS filing from Hal H. Harris for Leticia R. Couttien on Tuesday, August 23, 2022 - 23:20

CAUTION - EXTERNAL:


Ms. Boyle,

I received a confirmation from the Electronic Document Submission System (EDSS) that the attached motion/document was submitted, three times. The document, which is attached to this email, is a Motion For Continuance and other relief, was submitted as a PDF without any security protocols added, so there is no reason why document cannot be opened by The Court, as you claim in your email below. While I cannot say what you can or cannot open, it is rather curious that only "This Court" claims it cannot open the PDF documents I file. As you know, this is not the first issue This Court has claimed to have when it comes to my filings via EDSS and underscores why Judge Eck's denial of my written request to file documents via ECF is prejudicial to me and the Co-Respondent, who are appearing Pro Se.

I have also resubmitted the Motion via EDSS - AGAIN - at 11:13 A.M. today.

The attached motion, which I submitted via EDSS, four times now, seeks a continuance of the Hearing currently scheduled for August 31st, 2022, so time is of the essence. I live in Bushkill, PA. Thus, asking me to drive to Wilkes Barre, PA and/or Harrisburg, PA to file the attached Motion document is absolutely unjust. Also, if I mail the attached motion to This Court via the U.S. postal service it may not reach This Court before the scheduled Hearing date. Accordingly, I trust The Court will add the attached Motion to

2

the docket and forward it to Judge Eck for his ruling. Please confirm that the attached Motion will be filed and added to the docket.

FOR THE RECORD - I received three (3) emails (at 11:17, 11:19 and 11:21 P.M. last night (August 23rd, 2022)) and one (1) email today (at 11:13 A.M.) from the Bankruptcy Court For The Middle District Of Pennsylvania confirming that the attached motion was submitted via EDSS, which stated the following;

"You submitted a document or documents to the U.S. Bankruptcy Court for the Middle District of Pennsylvania. If this was not intended, please contact the Clerk's office at 717-901-2800. NOTE - do not reply to this email as the account is not monitored.

Sign up here to receive court issued notices and orders by email:
http://www.pamb.uscourts.gov/debtor-enoticing

Submitted on Tuesday, August 23, 2022 - 23:20

Filer's Name: Hal H. Harris
Debtor's name (if different): Leticia R. Couttien Filer's EMail Address: hhh@harris3.com
Filer's Phone Number: 570-213-3648 Case number (if known): 5:14-BK-02262
 ==Documents==
 Document 1:"

Please confirm

Best Regards,

Hal H. Harris
T: (570) 213-3648
E: hhh@harris3.com

-----Original Message-----
From: Cindy Boyle <Cynthia_Boyle@pamb.uscourts.gov>
Sent: August 24, 2022 8:51 AM
To: hhh@harris3.com
Cc: PAMBml_TeamLeaders <PAMBml_TeamLeaders@pamb.uscourts.gov>
Subject: RE: EDSS filing from Hal H. Harris for Leticia R. Couttien on Tuesday, August 23, 2022 - 23:20

Good morning Mr. Harris,

We were unable to open the three filings that you submitted through EDSS. Unless you can successfully submit your documents through our EDSS system, you will have to mail them or hand deliver the documents to the US Bankruptcy Court, Ronald Reagan Federal

3

Building, 3rd Floor 228 Walnut St, Harrisburg, PA 17101 or the U.S. Bankruptcy Court at 197 South Main Street, Wilkes-Barre, PA.

Thank you and have a good day,

Cindy

-----Original Message-----
From: web@pamb.uscourts.gov <web@pamb.uscourts.gov>
Sent: Tuesday, August 23, 2022 11:20 PM
To: PAMBml_fax <fax@pamb.uscourts.gov>
Subject: EDSS filing from Hal H. Harris for Leticia R. Couttien on Tuesday, August 23, 2022 - 23:20

Submitted on Tuesday, August 23, 2022 - 23:20 Submitted by user: Anonymous Submitted values are:

Filer's Name: Hal H. Harris
Debtor's name (if different): Leticia R. Couttien Filer's EMail Address: hhh@harris3.com
Filer's Phone Number: 570-213-3648 Case number (if known): 5:14-BK-02262
   ═Documents═
   Document 1:

https://www.pamb.uscourts.gov/system/files/webform/edss/20220823%20-%20Respondents%27%20Motion%20For%20Continaunce%2C%20Clarification%20Of%20Contempt%20Charge%2C%20Discovery%20%26%20Jury%20Trial%20%5BFinal%5D_3.pdf
   Document description: Respondents' Motion For Continuance, Clarification Of Contempt Charge, Discovery & Formal Trial
   ═More Documents═
   Document 2:
   Document 2 description:
   Document 3:
   Document 3 description:
   Document 4:
   Document 4 description:
   Document 5:
   Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Hal H.

4

Harris

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | web@pamb.uscourts.gov on behalf of PAMB Web <web@pamb.uscourts.gov> |
| **Sent:** | Wednesday, August 24, 2022 11:34 PM |
| **To:** | PAMBml_fax |
| **Subject:** | EDSS filing from Hal H. Harris for Leticia R. Couttien on Wednesday, August 24, 2022 - 23:33 |

Submitted on Wednesday, August 24, 2022 - 23:33 Submitted by user: Anonymous Submitted values are:

Filer's Name: Hal H. Harris
Debtor's name (if different): Leticia R. Couttien Filer's EMail Address: hhh@harris3.com Filer's Phone Number: 570-213-3648 Case number (if known): 5:14-BK-02262
  ==Documents==
   Document 1:

https://www.pamb.uscourts.gov/system/files/webform/edss/20220824%20-%20Respondent%E2%80%99s%202nd%20Motion%20For%20Authorization%20To%20File%20Documents%20Via%20CM-ECF.pdf
    Document description: 2nd Motion For Approval To Use CM/ECF
     ==More Documents==
      Document 2:
      Document 2 description:
      Document 3:
      Document 3 description:
      Document 4:
      Document 4 description:
      Document 5:
      Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Hal. H.
Harris