In re:

Leticia R. Couttien

    Debtor

Case No. 14-02262-HWV

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2022 | Form ID: tranfile | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4489749 | + | HAL HARRIS, 315 Keswick Avenue, Bushkill, PA 18324-8141 |
| 4489754 | + | TERRENCE COLBERT, 218 E 115th Street #8A, New York, NY 10029-2131 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lcouttien@gmail.com | Nov 09 2022 18:39:00 | Leticia R. Couttien, 284 Saunders Drive, Bushkill, PA 18324-8588 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022

Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Michael Rongaus | |
| | on behalf of Miscellaneous Participant PA State Police arongaus@pa.gov |
| J. Zac Christman | |
| | on behalf of Defendant Leticia R Couttien jchristman@newmanwilliams.com  office@fisherchristman.com |
| J. Zac Christman | |
| | on behalf of Debtor 1 Leticia R. Couttien jchristman@newmanwilliams.com  office@fisherchristman.com |

Joshua I Goldman

       on behalf of Creditor Lakeview Loan Servicing  LLC josh.goldman@padgettlawgroup.com,
angelica.reyes@padgettlawgroup.com

Leon P Haller

       on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Lisa A Rynard

       on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed larynard@larynardlaw.com

Thomas I Puleo

       on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

       ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

       on behalf of Debtor 1 Leticia R. Couttien
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
com;swiggins@newmanwilliams.com

William E. Craig

       on behalf of Creditor Nissan Motor Acceptance Corporation  servicer for Nissan-Infiniti, LT ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leticia R. Couttien                                    Chapter 7
aka Leticia Romain Couttien, aka Leticia Couttien      Case No. 5:14−bk−02262−HWV

**Debtor 1**

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 22, 2022 was filed on November 8, 2022. The following deadlines apply:

The deadline for filing a request for redaction is **November 29, 2022**.

If a request for redaction is filed, the transcriber must file the redacted transcript by **December 9, 2022**.

If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **February 6, 2023,** unless extended by court order.

To review the transcript for redaction purposes, you may view the document at the clerk's office public terminal. To purchase a copy of the transcript, contact the ECRO in the Clerk's office.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 9, 2022 |

tranfile 05/18