RE: Leticia Cartier 5:14-BK-02262
Hearing Held 9/7/22 - Request for Audio CD

11/25/2022

By Hand:

Dear Clerk of U.S. Bankruptcy Court;

This writing is to request the Audio CD of the September 7th, 2022 Hearing/Trial held in the Harrisburg, PA Courtroom before Judge Van Eck.

Attached hereto is U.S. Postal Money Order #28260980605 in the Amount of $32 (Thirty-two Dollars) for the payment of required fee.

Thank you in advance for your expeditious processing of the above request. Please email the CD Audio to my email at HHH@Harris53.com.

Mal H. Harris
Defendant/Creditor

# Audio Request

## Audio File Request for a Hearing Before a Judge

Audio files are provided at a cost of $32.00 per hearing. **Requests will be processed upon receipt of payment.** Checks/money orders must be payable to "Clerk, U.S. Bankruptcy Court." by mail or in person at either courthouse location..

| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
|---|---|
| 228 Walnut St. | 197 S. Main St. |
| Harrisburg, PA 17101 | Wilkes-Barre, PA 18701 |

Court staff will make the audio file available via an email link.

NOTE: If you are a CM/ECF filer, you must make the request under the Bankruptcy/Adversary menu, pick the Miscellaneous option and choose Request for Audio Recording.

Start — Complete

Your Name * Hal H. Harris
Your Email * HHH@Harris3.com
Hearing Judge * ● Judge Van Eck  ○ Judge Conway
Your Phone Number * 570-213-3648
Case Number * 5:14-BK-02262
Case Name * In Res Leticia A. Carthen
Hearing Date * Year ∨ Month ∨ Day ∨

[Submit]