| | |
|---|---|
| In re: | Case No. 14-02262-HWV |
| Leticia R. Couttien | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: Mar 21, 2023      Form ID: pdf010      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4489749 | + | HAL HARRIS, 315 Keswick Avenue, Bushkill, PA 18324-8141 |
| 4489754 | + | TERRENCE COLBERT, 218 E 115th Street #8A, New York, NY 10029-2131 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Michael Rongaus | on behalf of Miscellaneous Participant PA State Police arongaus@pa.gov |
| J. Zac Christman | on behalf of Defendant Leticia R Couttien jchristman@newmanwilliams.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 1 Leticia R. Couttien jchristman@newmanwilliams.com office@fisherchristman.com |
| Joshua I Goldman | on behalf of Creditor Lakeview Loan Servicing LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Leon P Haller | on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |

Lisa A Rynard
    on behalf of Miscellaneous Participant Metropolitan Edison Company dba Met-Ed larynard@larynardlaw.com

Thomas I Puleo
    on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Leticia R. Couttien lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig
    on behalf of Creditor Nissan Motor Acceptance Corporation servicer for Nissan-Infiniti, LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 10

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 5:14-bk-02262-HWV
LETICIA R. COUTTIEN, :
: Chapter 7
Debtor. :

## ORDER

Upon consideration of the Motion to Extend Time to File a Notice of Appeal based on alleged excusable neglect, Doc. 152, and the Court having closed the case after no appeal had been timely filed, Doc. 151, it is

**ORDERED** that the Clerk of Court is directed to reopen the above-captioned case for the limited purpose of resolving the Motion to Extend Time to File a Notice of Appeal and any appeal in this matter. (Doc. 152.) It is further

**ORDERED** that an evidentiary hearing is scheduled on the Motion, Doc. 152, for **April 25, 2023** at **10:30 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102. Any responses to the Motion, Doc. 152, must be filed within 14 days, on or before **April 4, 2023**.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 21, 2023