IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: Leticia R. Couttien, Movant | : | Case No: 5:14-bk-02262-HWV |
| Hal H. Harris & Terrence A. Colbert, Respondents | : | Chapter 7 |

Amended Proposed **ORDER** 3/6/23

After full consideration of Respondents (Hal H. Harris and Terrence A. Colbert) *Motion For Extension Of Time To File Notice Of Appeal* and any response thereto filed by Movant, Leticia R. Couttien, it is hereby:

**ORDERED** that Respondents' *Motion For Extension Of Time To File Notice Of Appeal* is GRANTED. And,

**IT IS FURTHER ORDERED** that the State Court cases in the Court Of Common Pleas For Pike County, Pennsylvania at Docket Numbers 1171-CIV-2013 and 1241-CIV-2019 are stayed 3/6/23 pending the outcome of the appeal in this matter.