IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Leticia R. Couttien, | : | Chapter 7 |
| Debtor | : | |
| v. | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A. Colbert, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE:

The undersigned Respondent, hereby certify that a copy of Respondents' below listed pleading(s)/document(s) was/were served on Debtor, Leticia R. Couttien, at her last known address at 104 Condor Drive, Tamiment, PA 18371 on the date(s) and via the method(s) listed below.

| Pleading/Document: | Method Of Service: | Date Served: |
|---|---|---|
| Designation Of Record On Appeal | First Class Mail via U.S. Postal Service | March 30, 2023 |
| Letter & Attachments Regarding Document filed In Error By Bankruptcy Court | First Class Mail via U.S. Postal Service | March 30, 2023 |

*Hal H. Harris /s/*
Hal H. Harris
Respondent, Pro Se