IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: Leticia R. Couttien, | : | Chapter 7 |
| Debtor | : | |
| v. | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A. Colbert, | : | |
| Respondents | : | |

## Amended CERTIFICATE OF SERVICE:

The undersigned Respondent, hereby certify that a copy of Respondents' below listed pleading(s)/document(s) was/were served on Debtor, Leticia R. Couttien, at her last known address at 104 Condor Drive, Tamiment, PA 18371 on the date(s) and via the method(s) listed below.

| Pleading/Document: | Method Of Service: | Date Served: |
|---|---|---|
| (1) Designation Of Record On Appeal | First Class Mail via U.S. Postal Service | March 30, 2023 |
| (2) Letter & Attachments Regarding Document filed In Error By Bankruptcy Court | First Class Mail via U.S. Postal Service | March 30, 2023 |
| (3) Proposed Order | First Class mail via U.S. Postal service | March 24, 2023 |

/Hal H. Harris /s/
Hal H. Harris
Respondent, Pro Se

Case 5:14-bk-02262-HWV    Doc 165    Filed 03/31/23    Entered 03/31/23 14:34:55    Desc
Main Document    Page 1 of 1