**Hal H. Harris**
315 Keswick Avenue
Bushkill, PA 18324
Email: hhh@harris3.com
Tel: (570) 213-3648

March 31st, 2023

**BY HAND**

Honorable Henry W. Van ECK, Chief Judge
U.S. Bankruptcy Court
274 Max Rosen U.S. Courthouse
197 South Main Street, Wilkes Barre, PA 18701

**In Re: Leticia Couttien, Debtor - Chapter 7 - Case No.: 5:14-BK-00262-HVE**
**Request For Correction Of Docket Entry Erroneously Filed By Bankruptcy Court**
**Fourth (4th) Request For CM/ECF Login and Password**

Dear Chief Judge Van Eke,

On March 30th, 2023, I, Hal H. Harris, filed the Designation Of Record On Appeal ("DOR") in the above referenced matter that is attached hereto as **Exhibit 1**. Because my multiple requests for CM/EFC filing privileges were denied, I was forced to use the Bankruptcy Court for Middle District Of Pennsylvania Electronic Document Submission System (EDDS) to file the DOR. After receiving the email attached hereto as **Exhibit 2** from Christina Kovack, from the Bankruptcy Court, that the DOR was filed I checked the docket entries to confirm the DOR was filed. To my surprise I learned that an unredacted income tax return belonging to a Shantana Thoron was filed, by Ms. Kovack, at Docket Entry 161 instead of the DOR. To document the obvious error, I have attached a copy of income tax return as **Exhibit 3** to this filing. To protect Ms. Thorton's (whom I do not know) privacy, I redacted her and her dependents social security numbers from the income tax return, which bears This Court bates stamp thereon.

Obviously, Ms. Kovack made an error that must be corrected. This error would never have occurred if I was granted the ability to file documents, pleadings, etc. via the CM/ECF system in accord with my three (3) prior official requests. Out of an abundance of caution, I traveled to the Bankruptcy Court to insure, the attached DOR was filed to eliminate the possibility of the appeal being dismissed.

Accordingly, this letter serves as 1) my official request that attached DOR be docketed immediately with a notation that it was filed on March 30th, 2023 and 2) my official fourth (4th) request that I be granted a Login and Password so I can file documents, pleadings, etc. via the U.S. Bankruptcy Court CM/ECF system.

Respectfully submitted,

*[signature]*
Hal H. Harris
Appellant, Pro-Se

Attachments: 1) Designation Of Record On Appeal 2) Redacted Income Tax return and 3) Email

cc: 1) Terrence A. Colbert, Co-Appellant and 2) Leticia R. Couttien, Debtor/Appellee

Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Leticia R. Couttien, | : | Chapter 7 |
| Debtor/Appellee | : | |
| v. | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A. Colbert, | : | |
| Respondents/Appellants | : | |

## APPELLANTS' DESIGNATION OF RECORD ON APPEAL

NOW COMES Hal H. Harris ("Harris") and Terrence A. Colbert ("Colbert") collectively referred to hereinafter as "Respondents" and/or "Appellants", who file this *Designation Of Record On Appeal* in the above-captioned Chapter 7 Bankruptcy Case;

Appellants move to make the below listed Exhibits, that were entered in evidence during the June 22nd, 2022 Trial, part of Appellants' Designated Record. **Notes:** 1) "J" means Joint Exhibit 2) exhibits listed below are listed in Index Of Exhibits of transcript of June 22nd, 2022 Trial.

1. **J1** - Stipulation To Resolve Adversary Proceeding (Docket Entry 196-1 at Bankruptcy Court Docket # 5:14-ap-00269-JJT) Entered in evidence during June 22nd, 2022 Trial/Hearing.
2. **J2** - Certified copy of Answer, New Matter And Counter Claims filed in State Court Case at Docket # 1171. Entered in evidence during June 22nd, 2022 Trial/Hearing.
3. **J3** - Certified copy Notice To Defendant & Complaint filed in 2019 State Court Case at Docket # 1241 CIV 2019. Entered in evidence during June 22nd, 2022 Trial/Hearing.

Appellants move for the below listed Exhibits, entered in evidence during the August 31st, 2022 Trial, part of Appellants' Designated Record. **Notes:** 1) "R" means Respondents' Exhibit and 2) the exhibits listed below are listed in Index Of Exhibits of Transcript of August 31st, 2022 Trial.

4. **R7** - Debtor's Bankruptcy Schedules, Summary of Schedules & Declaration
5. **R8** - Suggestion of Bankruptcy
6. **R16** - Copy of the promissory
7. **R17** - Security Agreement

Appellants also move to make the below listed Exhibits, that were entered in evidence during the September 7th, 2022 Trial, part of Appellants' Designated Record. **Notes:** 1) "R" means Respondents' Exhibit and 2) the below listed exhibits are listed in Index Of Exhibits of Transcript of the September 7th, 2022 Trial.

8. **R1** - Answer, New Matter And Counterclaim
9. **R2** - Answer To New Matter And Counterclaim

Page 1 of 2

Case 5:14-bk-02262-HWV    Doc 166-2    Filed 03/31/23    Entered 03/31/23 15:10:05
Desc  Correspondence and Appellants Designation of Record on Appeal    Page 2 of 5

10. **R3** - Stipulation So Ordered by State Court
11. **R4** - Petition for Contempt
12. **R5** - Answer To Petition For Contempt
13. **R6** - State Court Order - dated May 19th, 2014.
14. **R12** - Bankruptcy Discharge Order - dated June 26, 20218
15. **R13** - Praecipe to Relist Case - Filed April 4th, 2019.
16. **R14** - State Court Order – dated April 9th, 2019.
17. **R15** - Corrected State Order – May 28th, 2020.
18. **R18** - Notice of Intent to Foreclose
19. **R19** - Judgment (Summary Judgement Order) dated October 31st, 2016.
20. **R20** - Motion for Reconsideration
21. **R21** - Order Denying Motion for Reconsideration – dated July 12, 2019
22. **R22** - Superior Court Opinion – Dated March 19, 2020.
23. **R23** - Pike County Docket Sheets (5 pages) Dated 11/08/2021.
24. **R24** - Affidavit of Andrew Lederman
25. **R25** - Pike County Order Denying Summary Judgment Motion – Dated May 13, 2021
26. **R26** - Pike County Docket Sheet – Dated 6/17/2021.

Appellants move for below listed transcripts and documents, that are part of Bankruptcy Court's Record, to be part of Appellants' Designated Record. **Note:** 1) Presiding Bankruptcy Court Judge stated documents appearing as docket entries did not need to be admitted in evidence and refused to admit the Opinion & Order listed below into evidence 2) Appellant was informed by transcriptionist that Presiding Bankruptcy Court Judge's Law Clerk ordered the three (3) transcripts listed below.

27. Transcript of Hearing - Held on 06/22/2022 - Docket Entry 137
28. Transcript of Hearing - Held on 08/31/2022 - Docket Entry 138
29. Transcript of Hearing - Held on 09/07/2022 - Docket Entry 139
30. Opinion & Order - Dated July 6, 2016 - Docket Entry 37
31. Stipulation To Resolve Adverse Proceeding - Docket Entry 196-1 at Docket # 5:14-Ap-02269.

Finally, Appellants move for the transcript listed below, that the bankruptcy Court refused to admit in evidence during the August 31st, 2022Trial to be part of Appellants' Designated Record.

32. Transcript of Rule 2004 Examination of Debtor - Held on Friday, October 10th, 2004.

Respectfully submitted by Appellants,

**Dated: Monday, March 28th, 2023**

*Hal H. Harris* /s/
Hal H. Harris,
Appellant, Pro Se

*Terrence A. Colbert* /s/
Terrence Colbert,
Appellant, Pro Se

Page 2 of 2

Case 5:14-bk-02262-HWV    Doc 166-2    Filed 03/31/23    Entered 03/31/23 15:10:05
Desc  Correspondence and Appellants Designation of Record on Appeal    Page 3 of 5

Exhibit 2

## Hal H. Harris

**From:** Christina Kovach <Christina_Kovach@pamb.uscourts.gov>
**Sent:** March 30, 2023 10:26 AM
**To:** hhh@harris3.com
**Cc:** PAMBml_TeamLeaders
**Subject:** FW: EDSS filing from Hal H. Harris for Leticia R. Couttien on Thursday, March 30, 2023 - 01:06

Good Morning, Mr Harris. You submitted the file listed below using the Court's EDSS. The document was successfully filed/docketed with the court on March 30, 2023. Have a good day!

Christina Kovach
Team Coordinator
US Bankruptcy Court
Ronald Reagan Federal Bldg
228 Walnut Street
Harrisburg, PA 17101
717-901-2815

-----Original Message-----
From: web@pamb.uscourts.gov <web@pamb.uscourts.gov>
Sent: Thursday, March 30, 2023 1:06 AM
To: PAMBml_fax <fax@pamb.uscourts.gov>
Subject: EDSS filing from Hal H. Harris for Leticia R. Couttien on Thursday, March 30, 2023 - 01:06

Submitted on Thursday, March 30, 2023 - 01:06 Submitted by user: Anonymous
Submitted values are:

Filer's Name: Hal H. Harris
Debtor's name (if different): Leticia R. Couttien Filer's EMail Address: hhh@harris3.com
Filer's Phone Number: 570-213-3648 Case number (if known): 5:14-bk-02262
==Documents==
Document 1:

https://www.pamb.uscourts.gov/system/files/webform/edss/20230328_-_designation_of_record_on_appeal.pdf
Document description: Designation Of Record On Appeal
==More Documents==

1

Case 5:14-bk-02262-HWV   Doc 166-2   Filed 03/31/23   Entered 03/31/23 15:10:05
Desc  Correspondence and Appellants Designation of Record on Appeal   Page 4 of 5

Document 2:
Document 2 description:
Document 3:
Document 3 description:
Document 4:
Document 4 description:
Document 5:
Document 5 description:


By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: Hal H, Harris

2

Case 5:14-bk-02262-HWV    Doc 166-2    Filed 03/31/23    Entered 03/31/23 15:10:05
Desc  Correspondence and Appellants Designation of Record on Appeal    Page 5 of 5