IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
:
: Case No. 5:14-bk-02262-HWV
LETICIA R. COUTTIEN,
:
: Chapter 7
Debtor.
:

## ORDER

Upon consideration of the Motion to Extend Time to File a Notice of Appeal based on alleged excusable neglect, Doc. 152, and the hearing held on this matter on April 25, 2023, Doc. 168, it is

**ORDERED** that the Motion is **DENIED** for the reasons stated on the record which serve as this Court's findings of fact and conclusions of law under Federal Rule of Bankruptcy Procedure 7052. (Doc. 152.)

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 25, 2023

Case 5:14-bk-02262-HWV    Doc 169    Filed 04/25/23    Entered 04/25/23 12:26:39    Desc
Main Document      Page 1 of 1