Official Form 417A (12/18)

*[Handwritten at top:]*
In the United States Bankruptcy Court
For Middle District of Pennsylvania;
Case No 5:14-BK-02262
HWV

IN RE:
Leticia R. Couttien ; Chapter 7
Debtor,

Hal H. Harris &
Terrence Colbert
Respondents

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): __Hal H. Harris & Terrence A. Colbert, Respondents__

*[Stamp, upside down:]* FILED 23 NOV 4 PM4:35 CLERK, US COURT, PGMB

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe) __**Respondents**__

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: __Order Denying Motion To Extend Time To File Notice Of Appeal__

2. State the date on which the judgment, order, or decree was entered: __April 25th, 2023__

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: __Hal H. Harris__   Attorney: __Self Represented/Pro Se__
   __315 Keswick Avenue__
   __Bushkill, PA 18324__

2. Party: __Terrence A. Colbert__   Attorney: __Self Represented/Pro Se__
   __218 East 115th Street__
   __New York, New York 10029__

3. Party: Leticia R. Couttien/Debtor      104 Condor Drive - Unit 4
   Tamiment, PA 18371

Official Form 417A    Notice of Appeal and Statement of Election    page 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Leticia R. Couttien, | : | Chapter 7 |
| Debtor | : | |
| v. | : | **Case No: 5:14-bk-02262** |
| Hal H. Harris & Terrence A. Colbert, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE:

The undersigned Respondent, hereby certify that a copy of Respondents' below listed pleading(s)/document(s) was/were served on Debtor, Leticia R. Couttien, at her last known address at 104 Condor Drive, Unit-4, Tamiment, PA 18371 on the date(s) and via the method(s) listed below.

| Pleading/Document: | Method Of Service: | Date Served: |
|---|---|---|
| Notice Of Appeal | First Class Mail via U.S. Postal Service | May 4th, 2023 |

*Hal H. Harris* /s/
Hal H. Harris
Respondent, Pro Se