UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE
Letica R. Couttein,
   Debtor/Movant/Appellee

v.

Hal H. Harris & Terrence A. Colbert,
   Creditors/Respondents/Appellants

Debtor(s)

CHAPTER   7

CASE NO.:   5:14-Bk-02262

Application for Refund

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning for a refund in the total amount of $ 298.00 for document no(s). 5:14-02262 (*enter docket numbers*) filed in the above-named case on the following date(s) March 20th, 2023 on behalf of the ☐ debtor(s) ☑ creditor (*check one*).

2. Receipt # 611455 for the overpayment of filing fee was issued March 20th, 2023 in the amount of $298.00.

3. A refund is warranted in this matter because (*state reason(s) why a refund should be issued*):
Bankrupcty Court denied Appellant's motion for extention of time to file Notice Of Appeal thus the appeal fee paid when the Motion For Extension was filed must be refudned forthwith.

A copy of the handwritten receipt proivded by the Bankrupcty Court is attached hereto.

4. Refund should be sent to: (*name and complete address*)
Hal H. Hrris - 315 Keswick Avenue, Bushkill, PA 18324

5. I understand that, pursuant to 18 U.S.C. § 152, I may be subject to fines not more than $5,000, or imprisonment not more than five (5) years, or both, if I have knowingly and fraudulently made any false statements in this document.

6. I understand that it will take approximately 6-8 weeks to receive this refund.

Executed on 06/06/2023

*Applicant's signature*

Type or Print Name below:

Hal H. Harris

Address of Applicant:

315 Keswick Avenue

Bushkill, PA 18324

**RECEIPT** No. 611455

DATE 3-20-23 RECEIVED

FROM T&J Wilkes Barre, PA  $298.30

Two hundred ninety-eight 30/100 DOLLARS

FOR RENT
FOR March 14-23 (a. Hein)

MAR 30 2022

| ACCT. | | ☒ CASH |
|---|---|---|
| PAID | | ○ CHECK |
| DUE | 0 | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

Clerk,
FROM US Bankruptcy Court TO
BY [signature]

A-1152
T-4161