# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



| | | |
|---|---|---|
| In Re: Leticia R. Couttien, | : | Docket No.: 3:23-CV-744 |
| Debtor/Appellee | : | |
| v. | : | U.S. Bankruptcy Court |
| Hal H. Harris & Terrence A. Colbert, | : | Docket No.: 5:14-bk-02262 |
| Respondents/Appellants | : | |

## APPELLANTS' DESIGNATION OF RECORD ON APPEAL

NOW COMES Hal H. Harris ("Harris") and Terrence A. Colbert ("Colbert") collectively referred to hereinafter as "Respondents" and/or "Appellants", who file this *Designation Of Record On Appeal* in the above-captioned Chapter 7 Bankruptcy Case;

Appellant Harris tried to file this document, electronically, yesterday (May 30th, 2023) and the day before (May 29th, 2023) but was unable to do so. Thus, this paragraph has been added on May 31st, 2023 because Appellant Harris various attempts to electronically file Appellant's Designation Of Record On Appeal ("DOROA") met with no success.

Appellant called and spoke with Stephanie from This Court's Harrisburg, PA office on today (May 31st, 2023) who referred Appellant Harris to This Court's Scranton, PA office to speak with an electronic filing specialist. Appellant Harris called the Scranton office and spoke with Ann, who informed Appellant Harris the DOROA must be filed as a "Document Filed" because no drop-down menu items provide for filing the DOROA by it proper name.

Accordingly, Harris followed this court clerk's (Ann) instruction and is filing this DOROA electronically as a "Document Filed".

If This Court deems Appellant filing of this DOROA is late because it was not filed yesterday, Appellants respectfully requests this document be deemed as Appellants request for an extension of time to file the DOROA and accept the DOROA as timely filed.

Appellants move This Court to have the following items from the U.S. Bankruptcy Court For The Middle District Of Pennsylvania ("Bankruptcy Court") at Docket Number 5:14-BK-02262 be made part of Appellant's Designated Record On Appeal in the above captioned matter.

1. *Motion for Court to Grant Respondents' Motion for Extension of Time to File Notice of Appeal Due to Debtor/Movant Failure to File Timely Objection* – Bankruptcy Court Docket Entry 167.
2. *Designation Of Record On Appeal*. Bankruptcy Court Entry 161.

3. *Appellant's Statement Of Issues On Appeal.* Bankruptcy Court Entry 159.
4. Bankruptcy Court Order dated April 25th, 2023.
5. Recording of Hearing on Appellant's Motion To Extend Time To File Notice Of Appeal held in Bankruptcy Court on April 25th, 2023.
6. Transcript of Hearing on Appellant's Motion To Extend Time To File Notice Of Appeal held on Bankruptcy Court April 25th, 2023. Which Appellant shall order.

Appellants further moves This Court to have all the items listed on Exhibit A attached to pleading entitled "Designated Record Of Appeal", that was filed with the Bankruptcy Court on March 30th, 2023 at docket entry 161 made part of Appellant's DOROA in the appeal before This Court.

Respectfully submitted by Appellants,

**Dated: Wednesday, May 31st, 2023**

*Hal H. Harris* /s/
Hal H. Harris,
Appellant, Pro Se

*Terrence A. Colbert* /s/
Terrence Colbert,
Appellant, Pro Se

### CERTIFICATE OF SERVICE:

The undersigned Appellant hereby certifies that a copy of Appellant's below listed pleading(s)/document(s) was/were served on Debtor, Leticia R. Couttien, at her last known address at 104 Condor Drive, Unit-4, Tamiment, PA 18371 on the date(s) and via the method(s) listed below.

| Pleading/Document: | Method Of Service: | Date Served: |
|---|---|---|
| Designation Of Record Of Appeal | First Class Mail via U.S. Postal Service | May 31st, 2023 |

*Hal H. Harris* /s/
Hal H. Harris
Respondent, Pro Se

FILED
March 30, 2023
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Leticia R. Couttien, | : | Chapter 7    Exhibit A |
| Debtor/Appellee | : | |
| v. | : | Case No: 5:14-bk-02262 |
| Hal H. Harris & Terrence A. Colbert, | : | |
| Respondents/Appellants | : | |

## APPELLANTS' DESIGNATION OF RECORD ON APPEAL

NOW COMES Hal H. Harris ("Harris") and Terrence A. Colbert ("Colbert") collectively referred to hereinafter as "Respondents" and/or "Appellants", who file this *Designation Of Record On Appeal* in the above-captioned Chapter 7 Bankruptcy Case;

Appellants move to make the below listed Exhibits, that were entered in evidence during the June 22nd, 2022 Trial, part of Appellants' Designated Record. **Notes:** 1) "J" means Joint Exhibit 2) exhibits listed below are listed in Index Of Exhibits of transcript of June 22nd, 2022 Trial.

1. **J1** - Stipulation To Resolve Adversary Proceeding (Docket Entry 196-1 at Bankruptcy Court Docket # 5:14-ap-00269-JJT) Entered in evidence during June 22nd, 2022 Trial/Hearing.
2. **J2** - Certified copy of Answer, New Matter And Counter Claims filed in State Court Case at Docket # 1171. Entered in evidence during June 22nd, 2022 Trial/Hearing.
3. **J3** - Certified copy Notice To Defendant & Complaint filed in 2019 State Court Case at Docket # 1241 CIV 2019. Entered in evidence during June 22nd, 2022 Trial/Hearing.

Appellants move for the below listed Exhibits, entered in evidence during the August 31st, 2022 Trial, part of Appellants' Designated Record. **Notes:** 1) "R" means Respondents' Exhibit and 2) the exhibits listed below are listed in Index Of Exhibits of Transcript of August 31st, 2022 Trial.

4. **R7** - Debtor's Bankruptcy Schedules, Summary of Schedules & Declaration
5. **R8** - Suggestion of Bankruptcy
6. **R16** - Copy of the promissory
7. **R17** - Security Agreement

Appellants also move to make the below listed Exhibits, that were entered in evidence during the September 7th, 2022 Trial, part of Appellants' Designated Record. **Notes:** 1) "R" means Respondents' Exhibit and 2) the below listed exhibits are listed in Index Of Exhibits of Transcript of the September 7th, 2022 Trial.

8. **R1** - Answer, New Matter And Counterclaim
9. **R2** - Answer To New Matter And Counterclaim

Page 1 of 2

Case 5:14-bk-02262-HWV    Doc 161-1    Filed 03/30/23    Entered 03/30/23 10:24:56
Case 5:14-bk-02262-HWV Appellants Designation Filed 06/07/23 Entered 06/07/23 09:25:52    Desc
Main Document    Page 3 of 4

10. **R3** - Stipulation So Ordered by State Court
11. **R4** - Petition for Contempt
12. **R5** - Answer To Petition For Contempt
13. **R6** - State Court Order - dated May 19th, 2014.
14. **R12** - Bankruptcy Discharge Order - dated June 26, 20218
15. **R13** - Praecipe to Relist Case - Filed April 4th, 2019.
16. **R14** - State Court Order – dated April 9th, 2019.
17. **R15** - Corrected State Order – May 28th, 2020.
18. **R18** - Notice of Intent to Foreclose
19. **R19** - Judgment (Summary Judgement Order) dated October 31st, 2016.
20. **R20** - Motion for Reconsideration
21. **R21** - Order Denying Motion for Reconsideration – dated July 12, 2019
22. **R22** - Superior Court Opinion – Dated March 19, 2020.
23. **R23** - Pike County Docket Sheets (5 pages) Dated 11/08/2021.
24. **R24** - Affidavit of Andrew Lederman
25. **R25** - Pike County Order Denying Summary Judgment Motion – Dated May 13, 2021
26. **R26** - Pike County Docket Sheet – Dated 6/17/2021.

Appellants move for below listed transcripts and documents, that are part of Bankruptcy Court's Record, to be part of Appellants' Designated Record. **Note:** 1) Presiding Bankruptcy Court Judge stated documents appearing as docket entries did not need to be admitted in evidence and refused to admit the Opinion & Order listed below into evidence 2) Appellant was informed by transcriptionist that Presiding Bankruptcy Court Judge's Law Clerk ordered the three (3) transcripts listed below.

27. Transcript of Hearing - Held on 06/22/2022 - Docket Entry 137
28. Transcript of Hearing - Held on 08/31/2022 - Docket Entry 138
29. Transcript of Hearing - Held on 09/07/2022 - Docket Entry 139
30. Opinion & Order - Dated July 6, 2016 - Docket Entry 37
31. Stipulation To Resolve Adverse Proceeding - Docket Entry 196-1 at Docket # 5:14-Ap-02269.

Finally, Appellants move for the transcript listed below, that the bankruptcy Court refused to admit in evidence during the August 31st, 2022 Trial to be part of Appellants' Designated Record.

32. Transcript of Rule 2004 Examination of Debtor - Held on Friday, October 10th, 2004.

Respectfully submitted by Appellants,

**Dated: Monday, March 28th, 2023**

*Hal H. Harris* /s/  
Hal H. Harris,  
Appellant, Pro Se

*Terrence A. Colbert* /s/  
Terrence Colbert,  
Appellant, Pro Se

Page 2 of 2

Case 5:14-bk-02262-HWV    Doc 161-1    Filed 03/30/23    Entered 03/30/23 10:24:56
Case 5:14-bk-02262-HWV Doc 157-1 Filed 06/07/23 Entered 06/07/23 09:25:52    Desc
Main Document    Page 4 of 4