**FORM C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:
Leticia R. Couttien,
    Debtor/Movant/Appellee )   Chapter: 7
v. )
Hal H. Harris & Terrence A. Colbert, )   Case Number: 5:14-Bk_02262
    Respondents/Appellants )
        DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on 06/06/2023, I served a copy of Appellants' Designation of Record on Appeal on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Leticia R. Couttien<br>104 Condor Drive - Unit #4<br>Tamiment, PA 18371 | First Class Mail<br>Via United States Postal Service |
| U.S. Bankruptcy Court<br>Max Rosen U.S. Courthouse<br>197 S. Main Street<br>Wilkes-Barre, PA 18701<br>Note: Also filed with Bankruptcy Court in Wilkes Barre in Person on 6-7-2023. | First class mail<br>via United States Postal Service |
| | |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 6-7-2023      Name: s/ [signature]
                                        Printed Name of Attorney
                                        Address: Hal H. Harris, Pro Se

315 Keswick Avenue

Revised: 03/22/05