

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### TRANSCRIPT ORDER FORM FOR APPEALS

(File this form on the related case docket)

Ordering Party's Name: **Hal H. Harris**  Attorney Bar #: **N/A**

Law Firm: **Self Represented**

Mailing Address: **315 Keswick Avenue**

Person to Contact: **Hal H. Harris**

Telephone: (**570**) **213-3648**   Email: **hhh@harris3.com**

---

Bankruptcy Case #: **5:14-BK-02262**   Adversary Proceeding #: _____

Date of Hearing (complete a SEPARATE form for EACH hearing date): **April 25, 2023**  Time: **10:30 AM**

Debtor: **Leticia R. Couttien**

Adversary Proceeding Name: _____

vs. _____

---

**Transcript Type:**   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

- [ ] Ordinary (30 days)
- [x] 14 days
- [ ] Expedited (7 days)
- [ ] Daily (24 hours)

- [x] Entire Hearing
- [ ] Ruling/Opinion of Judge only
- [ ] Testimony of Witness _____
- [ ] Other* _____  *(name of witness)*

* Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. Transcription rates are set by the Judicial Conference and are located here: Maximum Transcript Rates.