IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** Leticia R. Couttien, | : | **Docket No.: 3:23-CV-744** |
| Debtor/Appellee | : | |
| v. | : | U.S. Bankruptcy Court |
| **Hal H. Harris & Terrence A. Colbert,** | : | **Docket No.: 5:14-bk-02262** |
| Respondents/Creditors/Appellants | : | |

## NOTICE OF APPEAL
## TO UNITED STATES COURT OF APPEALS – Third CIRCUIT

_____

    NOW COMES Hal H. Harris ("Harris") and Terrence A. Colbert ("Colbert") collectively referred to hereinafter as "Appellants" who appeal to the United States Court of Appeals for the Third Circuit from the Order issued by the Honorable Malachy E. Mannion of the United States District Court For The Middle District Of Pennsylvania (hereinafter "District Court"), that was entered on April 5, 2024 at District Court Docket #18, that is found at https://ecf.pamd.uscourts.gov/doc1/15518875297.

1. **Exhibit 1** attached hereto is the Order of the District Court (hereinafter "The Order") that is being appealed here, which 1) Affirmed the Bankruptcy Court For The Middle District Of Pennsylvania (hereinafter "Bankruptcy Court") April 25, 2023 Order that denied Appellants' timely filed *Motion To Extend Time To File A Notice Of Appeal* of Bankruptcy Court's March 1, 2023 Order and 2) Dismissed Appellants' appeal. Appellants also appeal the Memorandum related to the Order.

2. The thirty (30) day filing deadline for the Notice of Appeal (hereinafter "NOA") of The Order falls on Sunday, May 5th, 2024. Therefore, in accord with Federal Rules Of Civil Procedure - Rule 6, the filing deadline is extended to Monday, May 6, 2024.

3. This NOA is being filed electronically without the filing fee being paid simultaneously.

4. **Exhibit 2** attached hereto is a printout showing the "Online payment system interruption. 05/04/204" notice that appeared on the Federal Court System website, which prevented Appellants from paying the filing fee when the NOA was filed electronically via CM/ECF.

5. **Exhibit 3** attached hereto is a true copy of Appellants U.S. Postal Service money order (#29341714601) for six hundred and five dollars ($605), that is being mailed/provided to the District Court to pay the filing fee for this appeal before the fourteen (14) day deadline.

6. Five (5) additional copies of this NOA are being mailed/provided to District Court so adequate copies are available for distribution to the Court Of Appeals, Appellee, and Appellants, after this NOA is docketed and the copies are properly date and time stamped.

7. A true copy of this NOA is being served on 1) the Presiding Judge (Honorable Malachy E. Mannion) at the District Court and 2) as a courtesy, on Appellee, at Appellee's last known email address and home address as set forth below.

# CERTIFICATE OF SERVICE

Appellant Hal H. Harris hereby certifies that a true copy of this ***Notice Of Appeal*** was served on Honorable Malachy E. Mannion at the United States Court For The Middle District of Pennsylvania located at 235 N. Washington Avenue, Scranton, PA 18503, via United States Postal Service, and on Appellee, Leticia R. Couttien, via 1) email at lcouttien@gmail.com and 2) United States Postal Service at 104 Condor Drive, Unit-4, Tamiment, PA 18371.

**Dated: Saturday, April 4, 2024**

Respectfully submitted,

*Hal H. Harris* /s/                           *Terrence A. Colbert* /s/
Hal H. Harris                                  Terrence A. Colbert
Appellant, Pro Se                          Appellant, Pro Se
315 Keswick Avenue                    218 East 115th Street, Apt. 8A
Bushkill, PA 18324                      New York, New York 10027
Phone: (212) 427-7473                 Phone: (714) 470-8566

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAL H. HARRIS and TERRENCE A. COLBERT, | : |
| Appellants | : CIVIL ACTION NO. 3:23-CV-744 |
| v. | : (JUDGE MANNION) |
| LETICIA R. COUTTIEN, | : |
| Appellee | : |

### ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the Bankruptcy Court's order denying Appellants' motion to extend the time to file a notice of appeal is **AFFIRMED**, and the Appellants' appeal, **(Doc. 1)**, is **DISMISSED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: April 5, 2024
23-744-01-ORDER



### Online payment service interruption, 05/04/2024

Online payment processing will be unavailable on Saturday, May 4, 2024 from 6-10 p.m. ET due to scheduled maintenance of the U.S. Treasury's payment processing system.



An official website of the United States government.   Here's how you know. ⌄         Log in to PACER Systems →

Your browser must be set to accept cookies to log in to this site. If your browser is set to accept cookies and you are experiencing problems with the login, delete the stored cookie file in your PC. Close and reopen your browser before trying again.

→ **Pennsylvania Middle District Court Logged in as Hal Harris**

**Client Code**

[                                                                      ]

[ Submit ]   [ Clear ]

**Not** Hal Harris?
Click here to log in as a different user.

PACER FAQ                   Privacy & Security                   Contact Us



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

*Exhibit 2*

**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number: 29341714601
Year/Month/Day: 2024 05 03
Post Office: 18321
U.S. Dollars and Cents: $605.00

Six Hundred Five Dollars and 00/100 ************

Pay to: United States District Court - Middle Dist of PA Clerk
Address: 235 N. Washington Avenue, Scranton, PA 18503
From: Hal H. Harris
Address: 315 Keshnek Avenue
Memo: Harris & Colbert v. Coulthery - Docket # 3:23-CV-744 Appeal

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800⑆ 29341714601⑉

Exhibit 3