**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

**SUBSTITUTION OF APPEARANCE**
**BY JOSHUA I. GOLDMAN, ESQUIRE,**
**IN VARIOUS OPEN CASES AND**
**ENTRY OF APPEARANCE OF**
**ALYK L. OFLAZIAN, ESQUIRE,**
**IN VARIOUS OPEN CASES**

## PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Joshua I. Goldman, and substitute the appearance of Alyk L. Oflazian, Esquire, in the cases listed in Exhibit A hereto.

**DATED** this 31st day of August 2026

Respectfully submitted,


/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esq
Pennsylvania Bar # 312912
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Alyk.Oflazian@padgettlawgroup.com

[redacted]

# Exhibit A

| Case ID | Case Number | Date Filed | Party Name | Party ID |
|---|---|---|---|---|
| 234565 | 5:14-bk-02262-HWV | 05/13/2014 | Lakeview Loan Servicing, LLC | 452099 |
| 259490 | 1:18-bk-03977-HWV | 09/23/2018 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset TrustUS Bank Trust National Association, Not In Its Individual Capacity But Solely As Own | 595329 |
| 259846 | 1:18-bk-04316-HWV | 10/11/2018 | U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C | 542543 |
| 262910 | 1:19-bk-01821-HWV | 04/29/2019 | U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 as serviced by NewRez LLC d/b/a Sh | 583911 |
| 262910 | 1:19-bk-01821-HWV | 04/29/2019 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 538940 |
| 265500 | 1:19-bk-04351-HWV | 10/08/2019 | Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 | 550032 |
| 265934 | 5:19-bk-04758-MJC | 11/06/2019 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 537142 |
| 265934 | 5:19-bk-04758-MJC | 11/06/2019 | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 as serviced by NewRez LLC d/b/a Shellpoint Mor | 586508 |
| 268327 | 1:20-bk-01555-HWV | 05/18/2020 | Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 C/o NewRez LL | 582265 |
| 271485 | 1:21-bk-00964-HWV | 04/29/2021 | Legacy Mortgage Asset Trust 2019-GS7 | 557519 |
| 272464 | 1:21-bk-01915-HWV | 08/31/2021 | U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C | 559786 |

| | | | | |
|---|---|---|---|---|
| 272534 | 4:21-bk-01982-MJC | 09/13/2021 | The Bank of New York Mellon Trust Company N.A. as successor in interest to all permitted successors and assigns of Bank One, National Association as Trustee, of the GreenPoint Manufactured Housing Con | 560380 |
| 272534 | 4:21-bk-01982-MJC | 09/13/2021 | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT | 560374 |
| 273006 | 1:21-bk-02443-HWV | 11/16/2021 | U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-FFH2 | 574348 |
| 273252 | 5:21-bk-02684-MJC | 12/22/2021 | Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing | 587123 |
| 274111 | 1:22-bk-00776-HWV | 04/26/2022 | Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-5, Asset-Backed Certificates, Series 2007-5 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing | 587336 |
| 274558 | 1:22-bk-01212-HWV | 06/30/2022 | Goldman Sachs Mortgage Company as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing | 587187 |
| 274640 | 1:22-bk-01293-HWV | 07/14/2022 | HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE4, Asset Backed Pa | 598978 |
| 275314 | 1:22-bk-01941-HWV | 10/07/2022 | Quorum Federal Credit Union as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing | 581694 |
| 275385 | 1:22-bk-02010-HWV | 10/17/2022 | U.S. Bank TrustNational Association, not in its individual capacity but solely as ownertrustee for GS Mortgage-Backed Securities Trust 2022-RPL2 | 568492 |
| 275488 | 1:22-bk-02109-HWV | 10/31/2022 | Lakeview Loan Servicing, LLC | 516983 |
| 275553 | 5:22-bk-02172-MJC | 11/09/2022 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 542849 |
| 275700 | 1:22-bk-02316-HWV | 11/30/2022 | U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust | 558742 |
| 275720 | 1:22-bk-02336-HWV | 12/02/2022 | Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC), Servicing Agent for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S | 580206 |
| 275950 | 5:23-bk-00042-MJC | 01/11/2023 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 559813 |
| 276006 | 5:23-bk-00096-MJC | 01/20/2023 | MCLP Asset Company, Inc. | 563578 |
| 276006 | 5:23-bk-00096-MJC | 01/20/2023 | Selene Finance LP as servicer for MCLP Asset Company, Inc. | 585656 |

| | | | | |
|---|---|---|---|---|
| 276176 | 1:23-bk-00259-HWV | 02/06/2023 | Newrez LLC D/B/A Shellpoint Mortgage Servicing | 548726 |
| 276452 | 1:23-bk-00532-HWV | 03/15/2023 | Planet Home Lending, LLC | 532436 |
| 276680 | 5:23-bk-00756-MJC | 04/05/2023 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 542849 |
| 276813 | 5:23-bk-00889-MJC | 04/24/2023 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | 551830 |
| 276991 | 5:23-bk-01064-MJC | 05/11/2023 | Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R9 | 590287 |
| 277005 | 5:23-bk-01075-MJC | 05/12/2023 | NewRez LLC dba Shellpoint Mortgage Servicing | 576557 |
| 277298 | 5:23-bk-01361-MJC | 06/20/2023 | Lakeview Loan Servicing, LLC | 516330 |
| 277694 | 1:23-bk-01746-HWV | 07/31/2023 | U.S. Bank Trust Company, National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2023-B, Mortgage-Backed Securities, Series 2023-B as serviced by NewRez LL | 579862 |
| 277708 | 1:23-bk-01759-HWV | 08/03/2023 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 542849 |
| 277891 | 5:23-bk-01934-MJC | 08/29/2023 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 545485 |
| 277926 | 1:23-bk-01969-HWV | 08/31/2023 | Sailfish Servicing, LLC | 573194 |
| 277953 | 1:23-bk-01991-HWV | 09/05/2023 | J.P. Morgan Mortgage Acquisition Corp. | 417913 |
| 278414 | 5:23-bk-02430-MJC | 10/24/2023 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 542849 |
| 278436 | 4:23-bk-02451-MJC | 10/26/2023 | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 | 453849 |
| 278858 | 1:23-bk-02862-HWV | 12/21/2023 | UMH Sales & Finance, Inc. c/o Triad Financial Services | 591029 |
| 278958 | 1:24-bk-00037-HWV | 01/08/2024 | U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F as serviced NewRez LLC d/b/a Shellpoint | 579836 |

| | | | | |
|---|---|---|---|---|
| 279027 | 1:24-bk-00103-HWV | 01/16/2024 | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 | 576082 |
| 279160 | 5:24-bk-00233-MJC | 01/31/2024 | MTGLQ Investors, L.P. | 576742 |
| 279268 | 5:24-bk-00336-MJC | 02/12/2024 | U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association, as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee for Structur | 598782 |
| 279281 | 5:24-bk-00348-MJC | 02/14/2024 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 572762 |
| 279905 | 5:24-bk-00958-MJC | 04/18/2024 | The Bank of New York Mellon Trust Company N.A. as successor in interest to all permitted successors and assigns of Bank One, National Association as Trustee, of the GreenPoint Manufactured Housing Con | 579229 |
| 279946 | 5:24-bk-00996-MJC | 04/22/2024 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-31CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-31CB | 531313 |
| 279946 | 5:24-bk-00996-MJC | 04/22/2024 | The Bank Of New York Mellon | 422941 |
| 280053 | 4:24-bk-01102-MJC | 04/30/2024 | U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee as successor in interest to Bank of America National Association, succ | 598971 |
| 280068 | 5:24-bk-01117-MJC | 05/02/2024 | Metropolitan Life Insurance Company | 579130 |
| 280070 | 1:24-bk-01119-HWV | 05/02/2024 | Citibank, N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-RPL1 | 547549 |
| 280096 | 1:24-bk-01145-HWV | 05/07/2024 | UMH Sales & Finance, Inc., c/o Triad Financial Services, Inc. | 581614 |
| 280155 | 5:24-bk-01203-MJC | 05/13/2024 | Newrez LLC D/B/A Shellpoint Mortgage Servicing | 548726 |
| 280239 | 4:24-bk-01286-MJC | 05/24/2024 | Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS5 | 599784 |
| 280251 | 1:24-bk-01297-HWV | 05/28/2024 | U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST | 583854 |
| 280251 | 1:24-bk-01297-HWV | 05/28/2024 | MCLP Asset Company, Inc. | 575983 |
| 280251 | 1:24-bk-01297-HWV | 05/28/2024 | Selene Finance LP as servicer for MCLP Asset Company, Inc. | 590495 |

| | | | | |
|---|---|---|---|---|
| 280354 | 1:24-bk-01399-HWV | 06/05/2024 | U.S. Bank Trust Company, National Association, not in its individual capacity but solely as trustee on behalf of GCAT 2023-NQM2 Trust | 588985 |
| 280395 | 4:24-bk-01440-MJC | 06/07/2024 | The Bank of New York Mellon Trust Company N.A. as successor in interest to all permitted successors and assigns of Bank One, National Association as Trustee, of the GreenPoint Manufactured Housing Con | 581385 |
| 280422 | 1:24-bk-01465-HWV | 06/12/2024 | Wilmington Savings Fund Society, FBS, d/b/a Christiana Trust as Trustee for PNPMS Trust IV | 581516 |
| 280532 | 1:24-bk-01569-HWV | 06/25/2024 | TBW Mortgage Backed Trust Series 2006-4, TBW Mortgage-Backed Pass-Through Certificates, Series 2006-4, U.S. Bank National Association, as Trustee, as serviced by NewRez LLC d/b/a Shellpoint Mortgage S | 581434 |
| 280541 | 5:24-bk-01578-MJC | 06/25/2024 | Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R11 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Se | 587337 |
| 280745 | 5:24-bk-01774-MJC | 07/22/2024 | MEB Loan Trust II, U.S. Bank Trust National Association, not in its individual capacity but solely as trustee as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing | 582456 |
| 280911 | 1:24-bk-01938-HWV | 08/04/2024 | Selene Finance LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST | 592166 |
| 280911 | 1:24-bk-01938-HWV | 08/04/2024 | MTGLQ Investors, L.P. | 491725 |
| 280974 | 1:24-bk-02000-HWV | 08/13/2024 | U.S. Bank National Association | 502097 |
| 281127 | 1:24-bk-02137-HWV | 08/29/2024 | Planet Home Lending, LLC | 532436 |
| 281222 | 1:24-bk-02231-HWV | 09/06/2024 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES,SERIES 2004-3 | 593307 |
| 281328 | 5:24-bk-02334-MJC | 09/17/2024 | SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES | 544059 |
| 281507 | 1:24-bk-02513-HWV | 10/01/2024 | Seneca Mortgage Servicing LLC | 578295 |
| 281509 | 1:24-bk-02515-HWV | 10/01/2024 | Towd Point Mortgage Grantor Trust 2024-CES5 | 582747 |
| 281627 | 1:24-bk-02628-HWV | 10/14/2024 | Simmons Bank | 584814 |
| 281641 | 5:24-bk-02642-MJC | 10/15/2024 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 542849 |

| | | | | |
|---|---|---|---|---|
| 281688 | 1:24-bk-02689-HWV | 10/18/2024 | U.S. Bank Trust Company, National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2023-C, MortgageBacked Securities, Series 2023-C | 594460 |
| 281688 | 1:24-bk-02689-HWV | 10/18/2024 | U.S. Bank Trust Company, National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2023-C, Mortgage Backed Securities, Series 2023-C as serviced by NewRez LL | 583334 |
| 281850 | 1:24-bk-02849-HWV | 10/31/2024 | Marlin Mortgage Capital, LLC | 583770 |
| 281912 | 1:24-bk-02909-HWV | 11/08/2024 | TH MSR Holdings LLC | 580457 |
| 281976 | 1:24-bk-02972-HWV | 11/15/2024 | Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT2, Asset-Backed Certificates, Series 2005-OPT2 | 593499 |
| 282066 | 5:24-bk-03054-MJC | 11/26/2024 | New Residential Mortgage, LLC | 579275 |
| 282101 | 1:24-bk-03089-HWV | 11/27/2024 | TH MSR Holdings LLC | 580457 |
| 282143 | 5:24-bk-03131-MJC | 12/04/2024 | New Residential Mortgage, LLC | 545484 |
| 282240 | 1:24-bk-03224-HWV | 12/13/2024 | Adjustable Rate Mortgage Trust 2005-12, Adjustable Rate Mortgage- Backed Pass-Through Certificates, Series 2005-12, U.S. Bank National Association, as Trustee | 592797 |
| 282523 | 5:25-bk-00109-MJC | 01/16/2025 | Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT3, Asset-Backed Certificates, Series 2007-OPT3 | 599514 |
| 282654 | 5:25-bk-00236-MJC | 01/29/2025 | MCLP Asset Company, Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing | 586235 |
| 282725 | 1:25-bk-00306-HWV | 02/03/2025 | JPMorgan Chase Bank, National Association | 492512 |
| 282828 | 1:25-bk-00408-HWV | 02/14/2025 | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 | 593873 |
| 282828 | 1:25-bk-00408-HWV | 02/14/2025 | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 as serviced by NewRez LLC d/b/a Shellpoint M | 586510 |
| 282950 | 5:25-bk-00526-MJC | 02/28/2025 | U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certi | 598831 |
| 283014 | 5:25-bk-00589-MJC | 03/06/2025 | U.S. Bank National Association, as Trustee, for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 1998-2 | 586836 |

| | | | | |
|---|---|---|---|---|
| 283134 | 4:25-bk-00707-MJC | 03/17/2025 | Metropolitan Life Insurance Company as serviced by Fay Servicing, LLC | 587215 |
| 283219 | 5:25-bk-00789-MJC | 03/24/2025 | Citibank, N.A., not in its individual capacity, but solely as owner trustee of the New Residential Mortgage Loan Trust 2019-6 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing | 587361 |
| 283219 | 5:25-bk-00789-MJC | 03/24/2025 | Citibank, N.A., not in its individual capacity, but solely as owner trustee of the New Residential Mortgage Loan Trust 2019-6 | 591545 |
| 283312 | 1:25-bk-00880-HWV | 03/31/2025 | The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of The CWABS, Inc., Asset-Backed Certificates, Series 2006-18 | 453821 |
| 283345 | 1:25-bk-00913-HWV | 04/03/2025 | MCLP Asset Company, Inc. | 563578 |
| 283350 | 5:25-bk-00918-MJC | 04/03/2025 | New Residential Mortgage, LLC c/o Valon Mortgage, Inc. | 587980 |
| 283467 | 1:25-bk-01032-HWV | 04/15/2025 | U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C as serviced by NewRez LLC d/b/a Shellpo | 588002 |
| 283914 | 5:25-bk-01454-MJC | 05/23/2025 | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 | 589005 |
| 283983 | 1:25-bk-01520-HWV | 05/29/2025 | U.S. BANK NATIONAL ASSOCIATION | 514726 |
| 284010 | 5:25-bk-01546-MJC | 05/30/2025 | Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT3, Asset-Backed Certificates, Series 2007-OPT3 | 599514 |
| 284139 | 5:25-bk-01666-MJC | 06/12/2025 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 589234 |
| 284143 | 5:25-bk-01670-MJC | 06/12/2025 | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-4 | 599096 |
| 284659 | 1:25-bk-02173-HWV | 08/01/2025 | NewRez LLC as servicers for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset- Backed Certificates, Series 2007-10 | 599796 |
| 284659 | 1:25-bk-02173-HWV | 08/01/2025 | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10 | 590914 |
| 284766 | 5:25-bk-02277-MJC | 08/15/2025 | Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R2 | 445196 |
| 284946 | 1:25-bk-02454-HWV | 09/02/2025 | Deutsche Bank National Trust Company, as Trustee for Novastar Mortgage Funding Trust, Series 2007-2, Novastar Home Equity Loan Asset-Backed Certificates, Series 2007-2 | 553392 |

| | | | | |
|---|---|---|---|---|
| 285013 | 5:25-bk-02520-MJC | 09/05/2025 | Citigroup Mortgage Loan Trust 2022-RP1 by U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee | 566933 |
| 285068 | 5:25-bk-02573-MJC | 09/12/2025 | U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB5 | 598983 |
| 285077 | 1:25-bk-02580-HWV | 09/12/2025 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS Trustee for the registered holders of MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE5 | 598972 |
| 285086 | 1:25-bk-02589-HWV | 09/15/2025 | JPMorgan Chase Bank, National Association | 484321 |
| 285203 | 5:25-bk-02704-MJC | 09/23/2025 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 542849 |
| 285224 | 5:25-bk-02725-MJC | 09/24/2025 | U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC3 | 563138 |
| 285285 | 1:25-bk-02785-HWV | 09/30/2025 | Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Green Tree Mortgage Loan Trust 2005-HE1 | 592471 |
| 285540 | 1:25-bk-03033-HWV | 10/23/2025 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 542849 |
| 285874 | 1:25-bk-03359-HWV | 11/24/2025 | MCLP Asset Company, Inc. | 563578 |
| 285904 | 5:25-bk-03389-MJC | 11/26/2025 | U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XI | 591230 |
| 286114 | 4:25-bk-03596-MJC | 12/17/2025 | Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust solely as Trustee for CSMC 2017-2 Trust | 594779 |
| 286199 | 5:25-bk-03677-MJC | 12/30/2025 | Lakeview Loan Servicing, LLC | 495476 |
| 286212 | 1:25-bk-03690-HWV | 12/31/2025 | ACHM TRUST 2024-HE2 | 595004 |
| 286214 | 1:25-bk-03692-HWV | 12/31/2025 | U.S. Bank Trust Company, National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2022-A, Mortgage-Backed Securities, Series 2022-A | 595012 |
| 286255 | 5:26-bk-00022-MJC | 01/07/2026 | Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3 | 465776 |
| 286282 | 5:26-bk-00049-MJC | 01/09/2026 | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF3 | 557036 |

| | | | | |
|---|---|---|---|---|
| 286304 | 5:26-bk-00071-MJC | 01/13/2026 | U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2007-RP1 | 434461 |
| 286309 | 5:26-bk-00076-MJC | 01/13/2026 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDER OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE1 MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2007-HE1 | 595358 |
| 286400 | 4:26-bk-00167-MJC | 01/22/2026 | HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-3 Trust, Home Equity Asset-Backed Certificates, Series 2006-3 | 595548 |
| 286411 | 5:26-bk-00178-MJC | 01/22/2026 | The Bank of New York Mellon, f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2005-4, NovaStar Home Equity Loan A | 599415 |
| 286505 | 1:26-bk-00270-HWV | 01/30/2026 | Towd Point Mortgage Grantor Trust 2024-CES5 | 582747 |
| 286988 | 1:26-bk-00743-HWV | 03/20/2026 | U.S. Bank Trust National Association, not in its individual capacity but solely as trustee on behalf of and for the benefit of Delta Loan Trust | 597552 |
| 287001 | 5:26-bk-00756-MJC | 03/23/2026 | HSBC Bank USA, National Association as Trustee for ACE Securities Corp., Home Equity Loan Trust, Series 2007-HE4 | 563540 |
| 287041 | 5:26-bk-00777-MJC | 03/25/2026 | Helios Loan Trust | 597651 |
| 287041 | 5:26-bk-00777-MJC | 03/25/2026 | Wilmington Savings Fund Society, FSB not in its individual capacity, but solely as Owner Trustee of CSMC 2022-RPL4 Trust | 597541 |
| 287045 | 1:26-bk-00781-HWV | 03/25/2026 | NewRez LLC | 596936 |
| 287155 | 5:26-bk-00885-MJC | 04/02/2026 | U.S. Bank Trust Company, National Association not in its individual capacity but solely as Indenture Trustee of CIM Trust 2022-R2 | 597924 |
| 287174 | 5:26-bk-00904-HWV | 04/04/2026 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,as Trust Administrator and as Indenture Trustee for CITIGROUP MORTGAGE LOAN TRUST 2023-RP1 | 597834 |
| 287186 | 5:26-bk-00913-MJC | 04/06/2026 | NewRez LLC | 596143 |
| 287258 | 1:26-bk-00984-HWV | 04/10/2026 | U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust | 556364 |
| 287370 | 5:26-bk-01093-MJC | 04/21/2026 | Saluda Grade Income Trust I | 598316 |
| 287424 | 5:26-bk-01146-MJC | 04/24/2026 | NewRez LLC | 598256 |

| | | | | |
|---|---|---|---|---|
| 287431 | 5:26-bk-01153-MJC | 04/26/2026 | NewRez LLC | 598256 |
| 287471 | 5:26-bk-01191-MJC | 04/28/2026 | U.S. Bank National Association, not in its individual capacity but solely as indenture Trustee of Mill City Mortgage Loan Trust 2018-3 | 598593 |
| 287595 | 1:26-bk-01312-HWV | 05/07/2026 | NewRez LLC | 595884 |
| 287641 | 1:26-bk-01358-HWV | 05/12/2026 | NewRez LLC | 597148 |
| 287653 | 1:26-bk-01370-HWV | 05/13/2026 | Citi GSM Portfolio LLC | 598875 |
| 287748 | 1:26-bk-01462-HWV | 05/22/2026 | QUARRY MORTGAGE TRUST I OR QUARRY MARINE TRUST I (DEPENDS IF MORTGAGE(POOL2) OR MARINE(POOL1) | 599289 |
| 287754 | 5:26-bk-01466-MJC | 05/22/2026 | NewRez LLC | 597148 |
| 287806 | 1:26-bk-01517-HWV | 05/28/2026 | NewRez LLC | 596144 |
| 287909 | 1:26-bk-01618-HWV | 06/05/2026 | NewRez LLC | 596936 |
| 287992 | 1:26-bk-01697-HWV | 06/12/2026 | NewRez LLC | 596936 |
| 288047 | 1:26-bk-01751-HWV | 06/22/2026 | NewRez LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, not in its individual capacity but soley as Indenture Trustee for GS Mortgage-Backed Securities Trust 2021 - RPL2 | 600608 |
| 288047 | 1:26-bk-01751-HWV | 06/22/2026 | US Bank trust national Association, not in its individual capacity, but solely as owner trustee for GS MORTGAGE-BACKED SECURITIES TRUST 2021-RPL2 | 599912 |
| 288065 | 1:26-bk-01768-HWV | 06/23/2026 | Wilmington Trust, National Association not in its individual capacity, but solely as trustee for FREED Mortgage Trust 2022-HE1 | 581153 |
| 288086 | 5:26-bk-01789-MJC | 06/24/2026 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-6 | 599911 |
| 288196 | 5:26-bk-01896-MJC | 07/02/2026 | MCLP ASSET COMPANY, INC. | 599719 |
| 288212 | 5:26-bk-01911-MJC | 07/06/2026 | U.S. Bank Trust Company, National Association, not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities Trust 2024-RPL4 | 600234 |

155 results found.